Shane A. Brunner (Admitted Pro Hac Vice)
sbrunner@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Telephone: (608) 257-3501

Byron E. Ma (SBN 299706) (Local Counsel)
bma@buchelaw.com
John K. Buche (SBN 239477) (Local Counsel)
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
875 Prospect St., Suite 305
La Jolla, CA 92037
Telephone: (858) 459-9111

*Attorneys for Plaintiff*
mate, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| mate, LLC, an Oklahoma Limited Liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Advanced Lighting Concepts, LLC d/b/a Environmental Lights, a California limited liability company,<br><br>　　　　Defendant. | Case No.: 3:22-cv-01095-CAB-DEB<br><br>**JOINT CLAIM CONSTRUCTION CHART, WORKSHEET, AND HEARING STATEMENT PURSUANT TO P.L.R. 4.2**<br><br>**JUDGE: HON. CATHY ANN BENCIVENGO**<br><br>**MAGISTRATE JUDGE: DANIEL E. BUTCHER** |

Pursuant to Southern District of California Patent Local Rule 4.2 and the Court's March 22, 2023 Case Management Order (Dkt. No. 35), Plaintiff mate, LLC ("mate") and Defendant Advanced Lighting Concepts, LLC d/b/a Environmental Lights ("EL") submit this Joint Hearing Statement, and Joint Claim Construction Chart (attached as Exhibit A), and Joint Claim Construction Worksheet (attached as Exhibit B).

## JOINT HEARING STATEMENT

### A. Most Significant Terms

In accordance with Local Patent Rule 4.2(a), the parties hereby identify the terms whose construction will be most significant to the resolution of the case up to a maximum of ten (10) terms:

| No. | Claim Nos. | Claim Term |
|---|---|---|
| 1 | '446 Patent: Claim 1<br>'601 Patent: Claim 1<br>'759 Patent: Claim 20<br>'713 Patent: Claim 1 | Power limit |
| 2 | '446 Patent: Claim 1<br>'759 Patent: Claims 1, 20<br>'310 Patent: Claim 1 | Inrush current limit |
| 3 | '446 Patent: Claim 1<br>'759 Patent: Claims 1, 20 | Power factor correction (PFC) boost |
| 4 | '446 Patent: Claim 1<br>'601 Patent: Claim 1<br>'759 Patent: Claims 1, 20<br>'310 Patent: Claim 1<br>'713 Patent: Claim 1 | Connected |
| 5 | '310 Patent: Claim 1 | Apparatus for power factor correction and DC/DC conversion |
| 6 | '093 Patent: Claim 11 | Limiting converted power |
| 7 | '759 Patent: Claim 1 | Apparatus for configuring the set of output current drivers to an output current set point |
| 8 | '601 Patent: Claim 1 | Break-out module |
| 9 | '310 Patent: Claim 1 | An apparatus for mapping the set of output current |

1

|   |   |   | drivers to various dimming zones and for mapping output channels into groups |
|---|---|---|---|
|   | 10 | '310 Patent: Claim 19 | Current sense |

### B. Hearing Duration

The parties anticipate the Claim Construction Hearing can be completed in approximately 3 hours (90 minutes per side). Mate believes a short tutorial may be beneficial to provide background and context for the claim construction issues being presented. EL believes a tutorial should be completed within mate's allotted 1.5 hours.

### C. Whether Any Party Proposed to Call Witnesses

Mate may call its expert, Bruce Young, to provide testimony regarding how a person of ordinary skill in the art would understand certain claim terms in view of the intrinsic and extrinsic evidence. Mate also attaches the Summary of Claim Construction Opinions of Bruce Young in support of its claim construction positions, attached hereto as Exhibit C.

EL does not believe expert testimony would be beneficial to the Court in construing the disputed claims. EL will cross examine mate's expert should he provide testimony at the claim construction hearing.

### D. The Order of Presentation at the Claim Construction Hearing

The parties propose that the party that initially proposed a construction for a term should present first on each term, followed by the other party, with brief rebuttals, if necessary. If both parties proposed a construction for a term in their preliminary claim constructions, then mate, as the plaintiff, should present first on each such term.

The parties propose presenting the terms in the order set forth in the chart above.

| | | |
|---|---|---|
| 1 | Dated: July 28, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/     *Shane A. Brunner* |
| | | Shane A. Brunner (Admitted Pro Hac Vice) |
| 4 | | sbrunner@michaelbest.com |
| 5 | | MICHAEL BEST & FRIEDRICH LLP |
| | | One South Pinckney Street, Suite 700 |
| 6 | | Madison, WI 53703 |
| 7 | | Telephone: (608) 257-3501 |
| | | Facsimile: (608) 283-2275 |
| 8 | | |
| 9 | | Melanie J. Reichenberger (Admitted Pro Hac Vice) |
| | | mjreichenberger@michaelbest.com |
| 10 | | MICHAEL BEST & FRIEDRICH LLP |
| 11 | | 790 N Water Street, Suite 2500 |
| | | Milwaukee, WI 53202 |
| 12 | | Telephone: (414)271-6560 |
| 13 | | Facsimile: (414) 277-0656 |
| 14 | | J. Ryan Gray (Admitted Pro Hac Vice) |
| 15 | | jrgray@michaelbest.com |
| | | MICHAEL BEST & FRIEDRICH LLP |
| 16 | | 4509 Creedmoor Road, Suite 501 |
| 17 | | Raleigh, NC 27612 |
| | | Telephone: (984) 220-8750 |
| 18 | | Facsimile: (877) 398-5240 |
| 19 | | |
| 20 | | Byron E. Ma (SBN 299706) (Local Counsel) |
| | | bma@buchelaw.com |
| 21 | | John K. Buche (SBN 239477) (Local Counsel) |
| 22 | | jbuche@buchelaw.com |
| | | BUCHE & ASSOCIATES, P.C. |
| 23 | | 875 Prospect St., Suite 305 |
| 24 | | La Jolla, CA 92037 |
| | | Telephone: (858) 459-9111 |
| 25 | | |
| 26 | | *Attorneys for Plaintiff* |
| | | *mate, LLC* |
| 27 | | |
| 28 | | |

3

By: /s/     *Jamil N. Alibhai (by permission)*

Jamil N. Alibhai (Admitted Pro Hac Vice)
jalibhai@munsch.com
Winston Oliver Huff (Admitted Pro Hac Vice)
whuff@munsch.com
Isabelle L. Hutchinson (Admitted Pro Hac Vice)
ihutchinson@munsch.com
MUNSCH HARDT KOPF & HARR PC
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Telephone: 214-855-7508

John D. van Loben Sels (Local Counsel)
jvanlobensels@thoits.com
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: 650-327-4200

*Attorneys for Defendant*
*Advanced Lighting Concepts, LLC, d/b/a*
*Environmental Lights*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the following documents with the Clerk of Court for the United States District Court, Southern District of California by using the CM/ECF system:

**JOINT CLAIM CONSTRUCTION CHART, WORKSHEET, AND HEARING STATEMENT PURSUANT TO P.L.R. 4.2**

The participants listed below in the case whom are "active" registered CM/ECF users will be served by the CM/ECF system:

Jamil N. Alibhai (Admitted Pro Hac Vice)
jalibhai@munsch.com
Winston Oliver Huff (Admitted Pro Hac Vice)
whuff@munsch.com
Isabelle L. Hutchinson (Admitted Pro Hac Vice)
ihutchinson@munsch.com
MUNSCH HARDT KOPF & HARR PC
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Telephone: 214-855-7508

John D. van Loben Sels (Local Counsel)
jvanlobensels@thoits.com
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: 650-327-4200

Dated: July 28, 2023                    By: _/s/ Shane A. Brunner_