# Exhibit A

**mate, LLC v. Advanced Lighting Concepts, LLC d/b/a Environmental Lights**
Case No. 3:22-cv-01095-CAB-DEB
**Exhibit A Pursuant to Patent Local Rule 4.2(c)**
**Joint Claim Construction Chart**

| United States Patent No. 8,525,446 ("the '446 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **power limit**<br><br>('446 Patent Claim 1)<br><br>1. A configurable light emitting diode (LED) driver/dimmer for controlling a set of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit;<br>a DC/DC converter;<br>a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter;<br>a regulated output voltage bus connected to the DC/DC converter; and<br>at least one **power limit** connected to the output voltage bus; | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "a circuit that limits power" or in other words "a circuit that prevents the power delivered from exceeding a value."<br><br>***Intrinsic Evidence:***<br>'446 Patent at 4:3-22, 4:44-49, 5:61-6:4, 9:49-57, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br>Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence.<br><br>Dictionary definitions of: | A setting that equals the maximum amount of power produced by a device.<br><br>***Intrinsic Evidence:***<br>*'446 Patent*<br>Col. 4:11, 14-16, 48; Col. 5:62; Col. 6:1, 3; Col. 9:56; Col. 10:52; Col. 12:32<br>*'601 Patent*<br>Col. 4:35, 37-40; Col. 5:5-6; Col. 6:18, 20-21, 24, 26; Col. 10:11, 46, 58, 59, 61, 62, 63, 66; Col. 11:4, 8, 43; Col. 13:58, 62; Col. 14:52, 53; Col. 16:7, 8<br>*'759 Patent*<br>Abstract; Col. 4:11, 13-14, 15, 16, 48; Col. 5:62, 64-65; Col. 6:1, 3; |

| United States Patent No. 8,525,446 ("the '446 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for controlling the associated light fixture load; a secondary controller for controlling the set of output current drivers; wherein the secondary controller transmits LED control information to control outputs of the set of output current drivers. | -"power" and "limit" (IEEE, MW) -"limiter" (MDE) ***Impact of Proposed Construction:*** This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends this term is indefinite as to certain claims. | Col. 9:56; Col. 11:25; Col. 12:13, 19, 26 *'310 Patent* Col. 4:16, 19, 20-21, 22, 54; Col. 6:2, 4-5, 8, 10; Col. 9:61; Col. 12:12 *'093 Patent* Col. 4:42, 44, 45-46, 47; Col. 5:12; Col. 6:26, 28-29, 32, 34; Col. 10:18, 51, 63, 64, 66, 67; Col. 11:1, 4, 5-6, 9, 13, 48; Col. 13:61, 65 *'713 Patent* Fig. 1b; Fig. 5; Col. 1:19-20; Col. 3:13: Col. 4:57-58; Col. 6:63; Col. 8:4, 9-10; Col. 9:9; Col. 10:50-51; Col. 11:11-12; Col. 12:45-46, 51, 64, 66 ***Extrinsic Evidence:*** Limit: A prescribed maximum or minimum amount, quantity, or number. Source: https://www.merriamwebster. |

| United States Patent No. 8,525,446 ("the '446 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| | | com/dictionary/limit#:~:tex t=limit%2C%20restrict%2C%20cir cumscribe%2C%20confine,is%20 not%20permitted%20to%20go; https://www.sciencedirect.com/top ics/engineering/powerlimit#:~: text=Hamilton%E2%80%9 3Jacobi%E2%80%93Bellman%20 theory%20of%20energy%20syste ms&text=A%20power%20limit%2 0is%20an,engines%2C%20and% 20an%20infinite%20bath.<br><br>***Impact of proposed construction:*** Adoption of Defendant's Proposed Construction is case dispositive. |
| **inrush current limit**<br><br>('446 Patent Claim 1)<br><br>1. A configurable light emitting diode (LED) driver/dimmer for | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "inrush current limit circuit" or in other words "a circuit that prevents the current that a device draws when | A setting that is the maximum amount of an initial flow of electric charge that occurs when a device is first turned on.<br><br>***Intrinsic Evidence:***<br>'446 Patent |

| United States Patent No. 8,525,446 ("the '446 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| controlling a set of light fixture loads comprising:<br>a power circuit including:<br>an **inrush current limit**;<br>a DC/DC converter;<br>a power factor correction (PFC) boost connected to the **inrush current limit** and the DC/DC converter;<br>a regulated output voltage bus connected to the DC/DC converter; and<br>at least one power limit connected to the output voltage bus;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for controlling the associated light fixture load;<br>a secondary controller for controlling the set of output current drivers; | first energized from exceeding a value."<br><br>***Intrinsic Evidence:***<br>'446 Patent at 2:53-55, 4:3-22, 4:40-49, 4:62-5:5, 5:12-29, 6:14-19, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br><br>Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence<br><br>LED Driver Technical Glossary - MOONS' (moonsindustries.com) ("Moons' Glossary) – "AC inrush current"<br><br>Dictionary definitions of:<br>-"inrush" (IEEE)<br>-"inrush current," "inrush current limiting," "limiter" (MDE) | Col. 2:54; Col. 3:12: Col. 4:5, 46, 62-63; Col. 10:46, 49; Col. 12:26, 29<br>**'759 Patent**<br>Abstract; Col. 2:54; Col. 3:9-10, 12; Col. 4:5, 46, 62, 63; Col. 5:12-13; Col. 6:13-14; Col. 10:44, 47; Col. 12:6, 10<br>**'310 Patent**<br>Col. 2:60; Col. 3:14-15, 17; Col. 4:10, 52; Col. 5:1, 2, 19-20; Col. 6:20-21; Col. 10:49; Col. 12:10<br><br>***Extrinsic Evidence:***<br><br>Source: https://circuitdigest.com/tutorial/inrush-current-causes-effectsprotection-circuits-and-designtechniques<br><br>Limit: A prescribed maximum or minimum amount, quantity, or number. Source: https://www.merriamwebster. |

| United States Patent No. 8,525,446 ("the '446 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| wherein the secondary controller transmits LED control information to control outputs of the set of output current drivers. | ***Impact of Proposed Construction:*** This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends this term is indefinite as to certain claims. | com/dictionary/limit#:~:tex t=limit%2C%20restrict%2C%20cir cumscribe%2C%20confine,is%20 not%20permitted%20to%20go.<br><br>***Impact of proposed construction:*** Adoption of Defendant's Proposed Construction is case dispositive. |
| **Power factor correction boost**<br><br>('446 Patent Claim 1)<br><br>1. A configurable light emitting diode (LED) driver/dimmer for controlling a set of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit;<br>a DC/DC converter;<br>a **power factor correction (PFC) boost** connected to the inrush current limit and the DC/DC converter; | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "a circuit that increases the power factor."<br><br>***Intrinsic Evidence:*** '446 Patent at 2:41-45, 3:65-4:2, 4:7-22, 4:40-4:61, 4:66-5:5, 5:12-29, 5:33-44, 6:5-19, 7:54-67, 8:5-20, 8:39-50, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:*** Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this | A setting that adjusts the ratio of energy a device transmits to the output versus the total amount of energy it receives from the input power source.<br><br>***Intrinsic Evidence:*** *'446 Patent* Other publications; Col. 4: 8; Col. 10:48; Col. 12:28 *'759 Patent* Abstract; Col. 4:8; Col. 10:46; Col. 12:8<br><br>***Extrinsic Evidence:*** Correction: a quantity applied by |

| United States Patent No. 8,525,446 ("the '446 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a regulated output voltage bus connected to the DC/DC converter; and<br>at least one power limit connected to the output voltage bus;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for controlling the associated light fixture load;<br>a secondary controller for controlling the set of output current drivers;<br>wherein the secondary controller transmits LED control information to control outputs of the set of output current drivers. | claim term in view of the intrinsic and extrinsic evidence<br><br>Moons' Glossary – "power factor"<br><br>Moons' Power Factor Correction Basics (moonsindustries.com)<br><br>Dictionary definitions of:<br>-"power factor" (IEEE; Oxford; MW; MDE)<br>-"power factor correction" (MDE)<br>-"boost" (MW)<br><br>***Impact of Proposed Construction:***<br>This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends this term is indefinite as to certain claims. | way of correcting (as for adjustment of an instrument). Source:<br>https://www.merriamwebster.com/dictionary/correction; https://www.monolithicpower.com/en/power-factor-correction<br><br>***Impact of proposed construction:***<br>Adoption of Defendant's Proposed Construction is case dispositive. |
| **connected**<br><br>('446 Patent Claim 1 | Plain and ordinary meaning. If further construction of the plain and | Directly joined<br><br>***Intrinsic Evidence:*** |

| United States Patent No. 8,525,446 ("the '446 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| 1. A configurable light emitting diode (LED) driver/dimmer for controlling a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a power factor correction (PFC) boost **connected** to the inrush current limit and the DC/DC converter; a regulated output voltage bus **connected** to the DC/DC converter; and at least one power limit connected to the output voltage bus; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers **connected** to one of the set of light fixture loads for controlling the associated light fixture load; | ordinary meaning is required, then "joined directly or indirectly." *Intrinsic Evidence:* '446 Patent at 2:5-16, 4:3-22, 4:23-30, 4:44-49, 5:12-18, FIGS. 1-11, Claims *Extrinsic Evidence:* Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence Dictionary definition of: -"connected" (MW, MDE) -"connection" (MDE) ***Impact of Proposed Construction:*** This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends that under its | Abstract; Col. 2:9; Col. 4:9-11, 16, 20, 25, 27, 29, 48; Col. 5: 13, 15, 18; Col. 10:48, 50, 52, 56; Col. 11:31; Col. 12:10, 28, 30, 32 *Extrinsic Evidence:* Connected: joined or linked together. Source: https://www.merriam-webster.com/dictionary/connect; joined together. Source: https://dictionary.cambridge.or g/us/dictionary/english/connected ***Impact of proposed construction:*** Adoption of Defendant's Proposed Construction is case dispositive. |

| United States Patent No. 8,525,446 ("the '446 Patent") | | |
| --- | --- | --- |
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a secondary controller for controlling the set of output current drivers;<br>wherein the secondary controller transmits LED control information to control outputs of the set of output current drivers. | construction the accused products would not infringe certain claims with this term. | |

| United States Patent No. 8,957,601 ("the '601 Patent") | | |
| --- | --- | --- |
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **power limit**<br><br>('601 Patent Claim 1)<br><br>1. Apparatus for configuring and powering a set of light fixture loads in a light emitting diode (LED) low voltage distribution system comprising:<br>an LED driver including a power circuit having at least one power limit and a set of output current drivers connected to the at least one | Same as '446 patent<br><br>***Intrinsic Evidence:***<br>'601 patent at 4:27-46, 4:64-5:6, 6:17-27, 10:4-12, 10:39-11:14, 11:32-44, 13:54-64, FIGS. 1-19, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>Same as '446 patent | Same as '446 patent |

| United States Patent No. 8,957,601 ("the '601 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **power limit** in the power circuit; and<br>a break-out module electrically connected to an output of the LED driver and the set of light fixture loads, the break-out module including power connectors; wherein the break-out module receives power from the LED driver via a set of input channels and delivers power to the set of light fixture loads via a set of output channels; and<br>splits the set of input channels into individual output channels; wherein the LED driver is located remotely from the set of light fixture loads. | | |
| **connected**<br><br>('601 Patent Claim 1)<br><br>1. Apparatus for configuring and powering a set of light fixture loads | Same as '446 patent<br><br>***Intrinsic Evidence:***<br>'601 patent at 2:4-16, 3:66-4:6, 4:27-54, 4:64-5:6, 5:36-52, 10:47-65, 11:15-17, 11:32-12:4, 12:25-30, | Same as '446 patent |

| United States Patent No. 8,957,601 ("the '601 Patent") | | |
| --- | --- | --- |
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| in a light emitting diode (LED) low voltage distribution system comprising: an LED driver including a power circuit having at least one power limit and a set of output current drivers **connected** to the at least one power limit in the power circuit; and a break-out module electrically connected to an output of the LED driver and the set of light fixture loads, the break-out module including power connectors; wherein the break-out module receives power from the LED driver via a set of input channels and delivers power to the set of light fixture loads via a set of output channels; and splits the set of input channels into individual output channels; wherein the LED driver is located remotely from the set of light fixture loads. | 12:37-13:53, 13:65-14:5, FIGS. 1-19, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends that under its construction the accused products would not infringe certain claims with this term. | |

| United States Patent No. 8,957,601 ("the '601 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **break-out module**<br><br>('601 Patent Claim 1)<br><br>1. Apparatus for configuring and powering a set of light fixture loads in a light emitting diode (LED) low voltage distribution system comprising:<br>an LED driver including a power circuit having at least one power limit and a set of output current drivers connected to the at least one power limit in the power circuit; and<br>a **break-out module** electrically connected to an output of the LED driver and the set of light fixture loads, the **break-out module** including power connectors; wherein the **break-out module** receives power from the LED driver via a set of input channels and delivers power to the set of light | Plain and ordinary meaning<br><br>***Intrinsic Evidence:***<br>'601 Patent at 10:47-55, 11:15-17, 11:32-14:45, Figures 1-19, Claims<br><br>***Extrinsic Evidence:***<br><br>Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence.<br><br>Dictionary definition of "module" (MW)<br><br>***Impact of Proposed Construction:***<br><br>This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends that under its construction the accused products | A separate assembly of components that can be added, removed or replaced in a larger system.<br><br>***Intrinsic Evidence:***<br>*'601 Patent*<br>Col. 3:29-30, 32, 47; Col. 10:49; Col. 11:16, 34, 46, 47, 52, 56, 57, 60, 64; Col. 12: 25-26, 31, 48; Col. 13:13-14, 21, 26, 29, 33, 66-67; Col. 14:1, 54, 56, 57, 66; Col. 15:4-5, 8, 10, 22, 23, 26; Col. 16:9, 11, 12, 16, 20-21, 22-23<br><br>***Extrinsic Evidence:***<br>Break out:<br>https://www.thefreedictionary.com/break+out#:~:text=1.,break%20crackers%20for%20a%20baby.<br><br>Module: a distinct assembly of components that can be easily added, removed or replaced in a larger system. Source: https://www.techtarget.com/whatis |

| United States Patent No. 8,957,601 ("the '601 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| fixture loads via a set of output channels; and<br>splits the set of input channels into individual output channels;<br>wherein the LED driver is located remotely from the set of light fixture loads. | would not infringe certain claims with this term. | /definition/module#:~:text=A%20module%20is%20a%20distinct,is%20designed%<br><br>***Impact of proposed construction:*** None. |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **connected**<br><br>('759 Patent Claims 1 and 20)<br><br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including: an inrush current limit; a DC/DC converter;<br>a power factor correction (PFC) boost **connected** to the inrush current limit and the DC/DC converter; | Same as '446 patent<br><br>***Intrinsic Evidence:***<br>'759 patent at 2:6-17, 3:42-49, 4:3-30, 4:40-49, 5:12-29, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>Same as '446 patent | Same as '446 patent |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a regulated output voltage bus **connected** to the DC/DC converter; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers **connected** to one of the set of light fixture loads for powering the associated light fixture load, and; an apparatus for configuring the set of output current drivers to an output current set point.<br><br>20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a power factor correction (PFC) boost **connected** to the inrush current limit and the DC/DC converter; | | |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a regulated output voltage bus **connected** to the DC/DC converter; and<br>at least one power limit connected to the regulated output voltage bus; and<br>a set of output current drivers, each of the set of output current drivers **connected** to one of the set of light fixture loads for powering the associated light fixture load. | | |
| **Power factor correction boost**<br><br>('759 Patent Claims 1 and 20)<br><br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a **power factor correction (PFC) boost** connected to the inrush current limit and the DC/DC converter; | Same as '446 patent<br><br>***Intrinsic Evidence:***<br>'759 patent at 1:45-63, 4:3-22, 4:40-61, 4:62-5:5, 5:12-44, 6:5-19, 7:54-67, 8:5-20, 8:39-50, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>Same as '446 patent | Same as '446 patent |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a regulated output voltage bus connected to the DC/DC converter; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load, and; an apparatus for configuring the set of output current drivers to an output current set point. 20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a **power factor correction (PFC) boost** connected to the inrush current limit and the DC/DC converter; | | |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a regulated output voltage bus connected to the DC/DC converter; and<br>at least one power limit connected to the regulated output voltage bus; and<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load. | | |
| **Apparatus for configuring the set of output current drivers to an output current set point**<br><br>('759 Patent Claim 1)<br><br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a power factor correction (PFC) boost connected to the inrush | Means plus function – structure: port and controller and equivalent structures; function: for configuring the set of output current drivers to an output current set point, i.e., the set point of the output current / programmed peak output current<br><br>***Intrinsic Evidence:***<br>'759 Patent at 1:45-2:61, 4:23-61, 5:61-7:45, 8:51-9:57, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:*** | A device designed to provide the maximum current capable of being outputted by a number of output current drivers<br><br>***Intrinsic Evidence***<br>*'759 Patent*<br>Abstract; Col. 10:54-55, 56-57, 64-65, 66-67; Col. 11:1-2, 30-31; Col. 12:23-24<br><br>***Extrinsic Evidence:***<br>Apparatus: an appliance or device for a particular purpose. |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| current limit and the DC/DC converter;<br>a regulated output voltage bus connected to the DC/DC converter;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load, and;<br>**an apparatus for configuring the set of output current drivers to an output current set point**. | Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence<br><br>Dictionary definition of:<br>-"set point" (MDE)<br>-"output" (MDE)<br><br>***Impact of Proposed Construction:***<br>This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends that under its construction certain prior art is applicable. | Source:<br>https://www.ahdictionary.com/word/search.html?q=apparatus<br><br>Set: a number of things of the same kind that belong or are used together. Source: https://www.merriamwebster.com/dictionary/set<br><br>Set point: An input variable that sets the desired value of the controlled variable. Source: https://csrc.nist.gov/glossary/term/set_point<br><br>***Impact of proposed construction:***<br>Adoption of Defendant's Proposed Construction is case dispositive. |
| **power limit**<br><br>('759 Patent Claim 20) | Same as '446 patent<br><br>***Intrinsic Evidence:*** | Same as '446 patent |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
| --- | --- | --- |
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| 20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit;<br>a DC/DC converter;<br>a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter;<br>a regulated output voltage bus connected to the DC/DC converter; and<br>at least one **power limit** connected to the regulated output voltage bus; and<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load. | '759 patent at 4:3-22, 4:40-49, 5:61-6:4, 9:49-57, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>Same as '446 patent | |
| **inrush current limit**<br><br>('759 Patent Claims 1 and 20) | Same as '446 patent<br><br>***Intrinsic Evidence:*** | Same as '446 patent |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| 1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: a power circuit including: an **inrush current limit**; a DC/DC converter; a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter; a regulated output voltage bus connected to the DC/DC converter; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load, and; an apparatus for configuring the set of output current drivers to an output current set point. 20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: | '759 patent at 2:52-55, 4:3-22, 4:40-49, 4:62-5:5, 5:12-29, 6:14-19, FIGS. 1-11, Claims *Extrinsic Evidence:* Same as '446 patent *Impact of Proposed Construction:* Same as '446 patent | |

| United States Patent No. 9,049,759 ("the '759 Patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a power circuit including:<br>an **inrush current limit**;<br>a DC/DC converter;<br>a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter;<br>a regulated output voltage bus connected to the DC/DC converter; and<br>at least one power limit connected to the regulated output voltage bus; and<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load. | | |

| United States Patent No. 9,078,310 (the '310 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **apparatus for power factor correction and DC/DC conversion**<br><br>('310 Patent Claim 1)<br><br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit,<br>an **apparatus for power factor correction and DC/DC conversion**, and<br>a regulated output voltage bus connected to the **apparatus for power factor correction and DC/DC conversion**;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light | Means plus function – structure: power factor correction circuit and a DC/DC converter circuit and equivalent structures; function: power factor correction and DC/DC conversion<br><br>***Intrinsic Evidence:***<br>Same as "power factor correction (PFC) boost" for '446 patent, '310 patent at 1:47-65, 2:42-51, 4:8-28, 4:46-67, 5:1-11, 5:19-36, 5:40-57, 6:1-25, 6:55-62, 7:59-8:25, 8:44-55, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br>Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence<br><br>Dictionary definitions of: | Term proposed for construction by mate<br><br>§ 112 ¶ 6 does not apply. Device that adjusts the ratio of energy a device transmits to the output versus the total amount of energy it receives from the input power source and converts direct current from one voltage setting to another voltage setting<br><br>***Intrinsic Evidence:***<br>*'310 Patent*<br>Col. 10:50-51, 52-53; Col. 12:6-7 (Claims 1 and 12)<br><br>***Extrinsic Evidence:***<br>Correction: a quantity applied by way of correcting (as for adjustment of an instrument). Source: https://www.merriamwebster.com/dictionary/correct ion; |

| United States Patent No. 9,078,310 (the '310 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| fixture loads for powering the connected light fixture load; and an apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups. | -"DC-to-DC converter" (IEEE, Wikipedia Glossary of electrical and electronics engineering, Wikipedia DC to DC converter) -"power factor" (IEEE; Oxford; MW; MDE) -"power factor correction" (MDE) -"boost" (MW) Moons' Glossary – "power factor" Moons' Power Factor Correction Basics (moonsindustries.com)<br><br>***Impact of Proposed Construction:*** This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends that under its construction certain prior art is applicable. | https://www.monolithicpower.com/en/power-factor-correction<br><br>***Impact of proposed construction:*** None. |
| **connected**<br><br>('310 Patent Claim 1) | Same as '446 patent<br><br>***Intrinsic Evidence:*** | Same as '446 patent |

| United States Patent No. 9,078,310 (the '310 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| 1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit,<br>an apparatus for power factor correction and DC/DC conversion, and<br>a regulated output voltage bus **connected** to the apparatus for power factor correction and DC/DC conversion;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers **connected** to one of the set of light fixture loads for powering the connected light fixture load; and<br>an apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups. | '310 patent at 2:8-21, 4:8-28, 4:29-36, 4:46-55, 5:19-25, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>Same as '446 patent | |

| United States Patent No. 9,078,310 (the '310 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **Apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups**<br><br>('310 Patent Claim 1)<br><br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit,<br>an apparatus for power factor correction and DC/DC conversion, and<br>a regulated output voltage bus connected to the apparatus for power factor correction and DC/DC conversion;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light | Means plus function – structure: port and controller and equivalent structures<br><br>***Intrinsic Evidence:***<br>'310 Patent at 1:20-2:51, 3:35-65, 4:8-67, 6:37-49, 7:7-19, 7:40-50, 8:10-10:19, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br>Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence<br><br>***Impact of Proposed Construction:***<br>This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends that under its construction certain prior art is applicable. | A device designed to assign a number of output current drivers to various dimming zones and for assigning output channels into groups.<br><br>***Intrinsic Evidence***<br>*'310 Patent*<br>Abstract; Col. 10:59-61<br><br>***Extrinsic Evidence:***<br>Apparatus: a set of materials or equipment designed for a particular use. Source: https://www.merriamwebster.com/dictionary/apparatus<br><br>Set: a number of things of the same kind that belong or are used together. https://www.merriamwebster.com/dictionary/set |

| United States Patent No. 9,078,310 (the '310 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| fixture loads for powering the connected light fixture load; and an **apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups**. | | |
| **inrush current limit**<br><br>('310 Patent Claim 1)<br><br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including:<br>an **inrush current limit**,<br>an apparatus for power factor correction and DC/DC conversion, and<br>a regulated output voltage bus connected to the apparatus for power factor correction and DC/DC conversion; | Same as '446 patent.<br><br>***Intrinsic Evidence:***<br>'310 patent at 2:58-61, 4:8-28, 4:46-55, 5:1-11, 5:19-36, 6:20-25, FIGS. 1-11, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>Same as '446 patent | Same as '446 patent |

| United States Patent No. 9,078,310 (the '310 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the connected light fixture load; and an apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups. | | |
| **current sense**<br><br>('310 Patent Claim 19)<br><br>19. The LED driver of claim 1 wherein each of the set of output current drivers comprises: a load controller; a current source; and **a current sense**. | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "circuit that senses current."<br><br>***Intrinsic Evidence:***<br>'310 Patent at 6:33-36, 6:50-62, 7:29-50, FIGS., 1-11, Claims<br><br>***Extrinsic Evidence:*** | A setting that detects electrical current<br><br>***Intrinsic Evidence***<br>*'310 Patent*<br>Fig. 6, Fig. 7, Col. 6:34, 57; Col. 7:32, 38, 42; Col. 12:22 (Claim 12)<br><br>***Extrinsic Evidence:***<br>Sense: to detect automatically especially in response to a physical stimulus (such as light or |

| United States Patent No. 9,078,310 (the '310 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| | Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence<br><br>***Impact of Proposed Construction:*** This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends that under its construction the accused products would not infringe certain claims with this term. | movement); https://www.merriamwebster.com/dictionary/sense<br><br>***Impact of proposed construction:*** Adoption of Defendant's Proposed Construction is case dispositive. |

| United States Patent No. 9,320,093 (the '093 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **limiting converted power**<br><br>('093 Patent Claim 11) | Plain and ordinary meaning<br><br>***Intrinsic Evidence:*** | A setting that equals the maximum amount of power produced by a device. |

| United States Patent No. 9,320,093 (the '093 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| 11. A method of configuring and powering a set of light fixture loads in a light emitting diode (LED) low voltage distribution system comprising:<br><br>converting power for powering the set of light fixture loads;<br><br>**limiting converted power** to multiple current outputs supplied to the set of light fixture loads;<br><br>splitting or regrouping the multiple current outputs prior to delivery of the multiple current outputs to the set of light fixture loads;<br><br>receiving a data stream from an external transmitter; and<br><br>translating the data stream to LED control information; | '093 Patent at Abstract, 4:34-53; 5:4-13, 6:25-35, 10:11-19, 10:61-11:19, 13:57-67, FIGS. 1-19, Claims<br><br>***Extrinsic Evidence:***<br><br>Expert testimony of Bruce Young regarding how a person of ordinary skill in the art would understand this claim term in view of the intrinsic and extrinsic evidence<br><br>***Impact of Proposed Construction:***<br>This term does not have a case dispositive impact on noninfringement or invalidity. To the best of Plaintiff's understanding, defendant contends that under its construction certain prior art is applicable. | ***Intrinsic Evidence:***<br>*'093 Patent*<br>Col: 14:54, 66; Col. 15:4, 41; Col. 16:5-6, 7, 10 (Claims 1, 2, 3, 11, 12, 13)<br><br>***Extrinsic Evidence:***<br>Limit: A prescribed maximum or minimum amount, quantity, or number. Source: https://www.merriamwebster. com/dictionary/limit#:~:tex t=limit%2C%20restrict%2C%20cir cumscribe%2C%20confine,is%20 not%20permitted%20to%20go; https://www.sciencedirect.com/top ics/engineering/powerlimit#:~: text=Hamilton%E2%80%9 3Jacobi%E2%80%93Bellman%20 theory%20of%20energy%20syste ms&text=A%20power%20limit%2 0is%20an,engines%2C%20and% 20an%20infinite%20bath.<br><br>***Impact of Proposed Construction:*** |

| United States Patent No. 9,320,093 (the '093 patent) | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| wherein the LED control information is used for controlling the limited power. | | Adoption of Defendant's Proposed Construction is case dispositive. |

| United States Patent No. 9,591,713 ("the '713 patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| **power limit**<br><br>('713 Patent Claim 1)<br><br>1. Apparatus for controlling power to a solid state lighting (SSL) device load comprising: a power circuit for receiving power from an external source; at least one **power limit** connected to the power circuit; at least one output current driver for supplying a load power to the SSL device load, the at least one output current driver connected to the at least one **power limit**; and | Same as '446 patent<br><br>***Intrinsic Evidence:*** '713 patent at 1:14-23, 1:36-65, 2:8-34, 2:62-3:15, 3:22-60, 4:13-39, 4:53-60, 5:15-39, 6:5-10, 6:23-50, 6:61-67, 7:13-25, 7:41-47, 7:56-8:65, 9:7-63, 10:14-32, 10:42-63, 11:3-25, 11:47-51. 12:6-11, FIGS. 1-5, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>Same as '446 patent | Same as '446 patent |

| United States Patent No. 9,591,713 ("the '713 patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| a power limit controller; wherein the power circuit transmits the power to the at least one **power limit** which, in turn, transmits a current to the at least one output current driver; wherein the **power limit** controller directly or indirectly monitors a level of the load power and controls the at least one power limit to reduce the level of the load power for a predetermined period of time when the load power exceeds a predetermined power limit; wherein if the load power exceeds the predetermined **power limit**, the power limit controller internally generates and transmits a signal to the current source controller to control the load power to the load; | | |

| United States Patent No. 9,591,713 ("the '713 patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| wherein the signal is based on internal controls. | | |
| **connected**<br><br>('713 Patent Claim 1)<br><br>1. Apparatus for controlling power to a solid state lighting (SSL) device load comprising: a power circuit for receiving power from an external source; at least one power limit **connected** to the power circuit; at least one output current driver for supplying a load power to the SSL device load, the at least one output current driver **connected** to the at least one power limit; and a power limit controller; wherein the power circuit transmits the power to the at least one power limit which, in turn, transmits a current to the | Same as '446 patent<br><br>***Intrinsic Evidence:*** '713 patent at 2:13-27, 3:28-31, 3:37-40, 3:53-55, 3:56-62, 4:20-26, 4:40-44, 4:45-52, 4:61-5:3, 5:40-47, 5:53-62, 6:28-34, 7:1-4, 7:26-36, 9:65-10:12, 10:21-27, 10:33-46, 10:47-57, 10:58-63, 10:64-11:2, 11:3-34, FIGS. 1-5, Claims<br><br>***Extrinsic Evidence:***<br>Same as '446 patent<br><br>***Impact of Proposed Construction:***<br>Same as '446 patent | Same as '446 patent |

| United States Patent No. 9,591,713 ("the '713 patent") | | |
|---|---|---|
| **Disputed Claim Language** | **Plaintiff's Proposed Construction** | **EL's Proposed Construction** |
| at least one output current driver; wherein the power limit controller directly or indirectly monitors a level of the load power and controls the at least one power limit to reduce the level of the load power for a predetermined period of time when the load power exceeds a predetermined power limit; wherein if the load power exceeds the predetermined power limit, the power limit controller internally generates and transmits a signal to the current source controller to control the load power to the load; wherein the signal is based on internal controls. | | |