Exhibit B

JOINT CLAIM CONSTRUCTION WORKSHEET

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **LED Driver** ('446 Patent, Cl. 1; '601 Patent, Cl. 1; '759 Patent, Cls. 1, 20; '310 Patent, Cl. 1)<br><br>'446 Patent<br>1. A configurable light emitting diode **(LED) driver**/dimmer for controlling a set of light fixture loads comprising:<br><br>a power circuit including:<br><br>an inrush current limit;<br><br>a DC/DC converter;<br><br>a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter; | Plain and ordinary meaning<br><br>An electronic device that outputs a low voltage DC signal to power one or more light emitting diodes | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a regulated output voltage bus connected to the DC/DC converter; and | | | | |
| at least one power limit connected to the output voltage bus; | | | | |
| a primary controller for controlling the power circuit; | | | | |
| a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for controlling the associated light fixture load; | | | | |
| a secondary controller for controlling the set of output current drivers; | | | | |
| wherein the secondary controller transmits LED control information to | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| control outputs of the set of output current drivers.<br><br>‗601 Patent<br>1. Apparatus for configuring and powering a set of light fixture loads in a light emitting diode (LED) low voltage distribution system comprising:<br><br>an **LED driver** including a power circuit having at least one power limit and a set of output current drivers connected to the at least one power limit in the power circuit; and<br><br>a break-out module electrically connected to an output of the **LED driver** and the set of light fixture loads, the break-out module | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| including power connectors;<br><br>wherein the break-out module receives power from the **LED driver** via a set of input channels and delivers power to the set of light fixture loads via a set of output channels; and<br><br>splits the set of input channels into individual output channels;<br><br>wherein the **LED driver** is located remotely from the set of light fixture loads.<br><br>‘759 Patent<br>1. A configurable light emitting diode **(LED) driver** for powering a set of light fixture loads comprising: | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a power circuit including: an inrush current limit; a DC/DC converter; | | | | |
| a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter; | | | | |
| a regulated output voltage bus connected to the DC/DC converter; | | | | |
| a primary controller for controlling the power circuit; | | | | |
| a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load, and; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| an apparatus for configuring the set of output current drivers to an output current set point.<br><br>20. A configurable light emitting diode **(LED driver)** for powering a set of light fixture loads comprising:<br><br>a power circuit including:<br><br>an inrush current limit;<br><br>a DC/DC converter;<br><br>a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter;<br><br>a regulated output voltage bus connected to | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| the DC/DC converter; and<br><br>at least one power limit connected to the regulated output voltage bus; and<br><br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load.<br><br>'310 Patent<br>1. A configurable light emitting diode (**LED) driver** for powering a set of light fixture loads comprising:<br><br>a power circuit including: | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| an inrush current limit, | | | | |
| an apparatus for power factor correction and DC/DC conversion, and | | | | |
| a regulated output voltage bus connected to the apparatus for power factor correction and DC/DC conversion; | | | | |
| a primary controller for controlling the power circuit; | | | | |
| a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the connected light fixture load; and | | | | |
| an apparatus for mapping the set of output current drivers to various dimming zones | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| and for mapping output channels into groups. | | | | |
| **Power circuit** ('446 Patent, Cl. 1; '601 Patent, Cl. 1; '759 Patent, Cls. 1, 20; '310 Patent, Cl. 1;'713 Patent, Cl. 1)<br><br>'446 Patent<br>1. A configurable light emitting diode (LED) driver/dimmer for controlling a set of light fixture loads comprising:<br><br>a **power circuit** including:<br><br>an inrush current limit;<br><br>a DC/DC converter;<br><br>a power factor correction (PFC) boost connected to the inrush current | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "a circuit that provides electrical power." | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| limit and the DC/DC converter; <br><br> a regulated output voltage bus connected to the DC/DC converter; and <br><br> at least one power limit connected to the output voltage bus; <br><br> a primary controller for controlling the **power circuit**; <br><br> a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for controlling the associated light fixture load; <br><br> a secondary controller for controlling the set of output current drivers; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| wherein the secondary controller transmits LED control information to control outputs of the set of output current drivers.<br><br>‘601 Patent<br>1. Apparatus for configuring and powering a set of light fixture loads in a light emitting diode (LED) low voltage distribution system comprising:<br><br>an LED driver including a **power circuit** having at least one power limit and a set of output current drivers connected to the at least one power limit in the power circuit; and<br><br>a break-out module electrically connected to an output of the LED | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| driver and the set of light fixture loads, the break-out module including power connectors; | | | | |
| wherein the break-out module receives power from the LED driver via a set of input channels and delivers power to the set of light fixture loads via a set of output channels; and | | | | |
| splits the set of input channels into individual output channels; | | | | |
| wherein the LED driver is located remotely from the set of light fixture loads. | | | | |
| '759 Patent<br>1. A configurable light emitting diode (LED) driver for powering a set | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| of light fixture loads comprising:<br><br>a **power circuit** including: an inrush current limit; a DC/DC converter;<br><br>a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter;<br><br>a regulated output voltage bus connected to the DC/DC converter;<br><br>a primary controller for controlling the **power circuit**;<br><br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| associated light fixture load, and;<br><br>an apparatus for configuring the set of output current drivers to an output current set point.<br><br>20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br><br>a **power circuit** including:<br><br>an inrush current limit;<br><br>a DC/DC converter;<br><br>a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a regulated output voltage bus connected to the DC/DC converter; and | | | | |
| at least one power limit connected to the regulated output voltage bus; and | | | | |
| a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load. | | | | |
| ‘310 Patent 1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a **power circuit** including:<br><br>an inrush current limit,<br><br>an apparatus for power factor correction and DC/DC conversion, and<br><br>a regulated output voltage bus connected to the apparatus for power factor correction and DC/DC conversion;<br><br>a primary controller for controlling the **power circuit**;<br><br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the connected light fixture load; and | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| an apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups.<br><br>'713 Patent<br>1. Apparatus for controlling power to a solid state lighting (SSL) device load comprising:<br><br>a power circuit for receiving power from an external source;<br><br>at least one power limit connected to the power circuit;<br><br>at least one output current driver for supplying a load power to the SSL device load, the at least one output current driver connected | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| to the at least one power limit; and<br><br>a power limit controller;<br><br>wherein the **power circuit** transmits the power to the at least one power limit which, in turn, transmits a current to the at least one output current driver;<br><br>wherein the power limit controller directly or indirectly monitors a level of the load power and controls the at least one power limit to reduce the level of the load power for a predetermined period of time when the load power exceeds a predetermined power limit; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| wherein if the load power exceeds the predetermined power limit, the power limit controller internally generates and transmits a signal to the current source controller to control the load power to the load;<br><br>wherein the signal is based on internal controls. | | | | |
| **Splits/Splitting** ('601 Patent, Cls. 1, 7; '093 Patent, Cl. 11)<br><br><u>'601 Patent</u><br>1. Apparatus for configuring and powering a set of light fixture loads in a light emitting diode (LED) | Plain and ordinary meaning | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| low voltage distribution system comprising:<br><br>an LED driver including a power circuit having at least one power limit and a set of output current drivers connected to the at least one power limit in the power circuit; and<br><br>a break-out module electrically connected to an output of the LED driver and the set of light fixture loads, the break-out module including power connectors;<br><br>wherein the break-out module receives power from the LED driver via a set of input channels and delivers power to the set of light fixture | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| loads via a set of output channels; and<br><br>**splits** the set of input channels into individual output channels;<br><br>wherein the LED driver is located remotely from the set of light fixture loads.<br><br>7. The apparatus of claim 6 wherein the at least one PCB assists in **splitting** the set of input channels into individual output channels.<br><br>'093 Patent<br><br>11. A method of configuring and powering a set of light fixture loads in a light emitting diode (LED) | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| low voltage distribution system comprising:<br><br>converting power for powering the set of light fixture loads;<br><br>limiting converted power to multiple current outputs supplied to the set of light fixture loads;<br><br>**splitting** or regrouping the multiple current outputs prior to delivery of the multiple current outputs to the set of light fixture loads;<br><br>receiving a data stream from an external transmitter; and<br><br>translating the data stream to LED control information; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| wherein the LED control information is used for controlling the limited power. | | | | |
| **Port** ('310 Patent, Cls. 2, 5)<br><br><u>'310 Patent</u><br>2. The LED driver of claim 1 wherein the apparatus for mapping comprises:<br><br>a secondary controller; and<br><br>a **port** for mapping the output channels into groups.<br><br><br>5. The LED driver of claim 2 wherein the port is an in-circuit serial | A set of conductors for connecting an external device to circuit components | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| programming (ICSP) **port**. | | | | |
| **power limit** ('446 Patent, Cl. 1; '601 Patent, Cl. 1; '759 Patent, Cl. 20; '713 Patent, Cl. 1)<br><br>'446 Patent<br><br>1. A configurable light emitting diode (LED) driver/dimmer for controlling a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter; | | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "a circuit that limits power" or in other words "a circuit that prevents the power delivered from exceeding a value." | A setting that equals the maximum amount of power produced by a device. | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a regulated output voltage bus connected to the DC/DC converter; and<br>at least one **power limit** connected to the output voltage bus;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for controlling the associated light fixture load;<br>a secondary controller for controlling the set of output current drivers; wherein the secondary controller transmits LED control information to | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| control outputs of the set of output current drivers.<br><br>'601 Patent<br>1. Apparatus for configuring and powering a set of light fixture loads in a light emitting diode (LED) low voltage distribution system comprising:<br>an LED driver including a power circuit having at least one power limit and a set of output current drivers connected to the at least one **power limit** in the power circuit; and<br>a break-out module electrically connected to an output of the LED driver and the set of light fixture loads, the break- | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| out module including power connectors; wherein the break-out module receives power from the LED driver via a set of input channels and delivers power to the set of light fixture loads via a set of output channels; and splits the set of input channels into individual output channels; wherein the LED driver is located remotely from the set of light fixture loads.<br><br>'759 Patent<br>20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a power circuit including: an inrush current limit; a DC/DC converter; a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter; a regulated output voltage bus connected to the DC/DC converter; and at least one **power limit** connected to the regulated output voltage bus; and a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load. | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| '713 Patent<br>1. Apparatus for controlling power to a solid state lighting (SSL) device load comprising:<br>a power circuit for receiving power from an external source;<br>at least one **power limit** connected to the power circuit;<br>at least one output current driver for supplying a load power to the SSL device load, the at least one output current driver connected to the at least one **power limit**; and<br>a power limit controller; wherein the power circuit transmits the power to the at least one **power limit** which, in | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| turn, transmits a current to the at least one output current driver; wherein the **power limit** controller directly or indirectly monitors a level of the load power and controls the at least one power limit to reduce the level of the load power for a predetermined period of time when the load power exceeds a predetermined power limit; wherein if the load power exceeds the predetermined **power limit**, the power limit controller internally generates and transmits a signal to the current source controller to | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| control the load power to the load; wherein the signal is based on internal controls. | | | | |
| **inrush current limit** ('446 Patent, Cl. 1; '759 Patent, Cls. 1, 20; '310 Patent, Cl. 1)<br><br>'446 Patent<br>1. A configurable light emitting diode (LED) driver/dimmer for controlling a set of light fixture loads comprising: a power circuit including: an **inrush current limit**; a DC/DC converter; a power factor correction (PFC) boost connected to the **inrush current** | | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "inrush current limit circuit" or in other words "a circuit that prevents the current that a device draws when first energized from exceeding a value." | A setting that is the maximum amount of an initial flow of electric charge that occurs when a device is first turned on. | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **limit** and the DC/DC converter; a regulated output voltage bus connected to the DC/DC converter; and at least one power limit connected to the output voltage bus; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for controlling the associated light fixture load; a secondary controller for controlling the set of output current drivers; wherein the secondary controller transmits LED | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| control information to control outputs of the set of output current drivers.<br><br>'759 Patent<br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including: an **inrush current limit**; a DC/DC converter;<br>a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter;<br>a regulated output voltage bus connected to the DC/DC converter;<br>a primary controller for controlling the power circuit; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load, and; an apparatus for configuring the set of output current drivers to an output current set point.

20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: a power circuit including: an **inrush current limit**; a DC/DC converter; a power factor correction (PFC) boost connected | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| to the inrush current limit and the DC/DC converter; a regulated output voltage bus connected to the DC/DC converter; and at least one power limit connected to the regulated output voltage bus; and a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load. <br><br> '310 Patent <br> 1. A configurable light emitting diode (LED) driver for powering a set | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| of light fixture loads comprising: a power circuit including: an **inrush current limit**, an apparatus for power factor correction and DC/DC conversion, and a regulated output voltage bus connected to the apparatus for power factor correction and DC/DC conversion; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the connected light fixture load; and | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| an apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups. | | | | |
| **Power factor correction (PFC) boost** ('446 Patent, Cl. 1; '759 Patent, Cls. 1, 20)<br><br>'446 Patent<br>1. A configurable light emitting diode (LED) driver/dimmer for controlling a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a **power factor correction (PFC) boost** connected to the inrush | | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "a circuit that increases the power factor." | A setting that adjusts the ratio of energy a device transmits to the output versus the total amount of energy it receives from the input power source. | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| current limit and the DC/DC converter; a regulated output voltage bus connected to the DC/DC converter; and at least one power limit connected to the output voltage bus; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for controlling the associated light fixture load; a secondary controller for controlling the set of output current drivers; wherein the secondary controller transmits LED | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| control information to control outputs of the set of output current drivers.<br><br>‘759 Patent<br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including: an inrush current limit; a DC/DC converter;<br>a **power factor correction (PFC) boost** connected to the inrush current limit and the DC/DC converter;<br>a regulated output voltage bus connected to the DC/DC converter;<br>a primary controller for controlling the power circuit; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load, and; an apparatus for configuring the set of output current drivers to an output current set point. 20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a **power factor correction (PFC) boost** | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| connected to the inrush current limit and the DC/DC converter; a regulated output voltage bus connected to the DC/DC converter; and at least one power limit connected to the regulated output voltage bus; and a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load. | | | | |
| **Connected** ('446 Patent, Cl. 1; '601 Patent, Cl. 1; '759 Patent, Cls. 1, 20; '310 Patent, Cl. 1; '713 Patent, Cl. 1) | | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "joined | Directly joined | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| '446 Patent <br> 1. A configurable light emitting diode (LED) driver/dimmer for controlling a set of light fixture loads comprising: a power circuit including: an inrush current limit; a DC/DC converter; a power factor correction (PFC) boost **connected** to the inrush current limit and the DC/DC converter; a regulated output voltage bus **connected** to the DC/DC converter; and at least one power limit connected to the output voltage bus; | | directly or indirectly." | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers **connected** to one of the set of light fixture loads for controlling the associated light fixture load; a secondary controller for controlling the set of output current drivers; wherein the secondary controller transmits LED control information to control outputs of the set of output current drivers.<br><br>'601 Patent<br>1. Apparatus for configuring and powering a set of light fixture loads in a light | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| emitting diode (LED) low voltage distribution system comprising: an LED driver including a power circuit having at least one power limit and a set of output current drivers **connected** to the at least one power limit in the power circuit; and a break-out module electrically connected to an output of the LED driver and the set of light fixture loads, the break-out module including power connectors; wherein the break-out module receives power from the LED driver via a set of input channels and delivers power to the set of light fixture | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| loads via a set of output channels; and splits the set of input channels into individual output channels; wherein the LED driver is located remotely from the set of light fixture loads.<br><br>'759 Patent<br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including: an inrush current limit; a DC/DC converter;<br>a power factor correction (PFC) boost **connected** to the inrush current limit and the DC/DC converter; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a regulated output voltage bus **connected** to the DC/DC converter; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers **connected** to one of the set of light fixture loads for powering the associated light fixture load, and; an apparatus for configuring the set of output current drivers to an output current set point.<br><br>20. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a power circuit including: an inrush current limit; a DC/DC converter; a power factor correction (PFC) boost **connected** to the inrush current limit and the DC/DC converter; a regulated output voltage bus **connected** to the DC/DC converter; and at least one power limit connected to the regulated output voltage bus; and a set of output current drivers, each of the set of output current drivers **connected** to one of the set of light fixture loads for powering the associated light fixture load. | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| '310 Patent<br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit,<br>an apparatus for power factor correction and DC/DC conversion, and a regulated output voltage bus **connected** to the apparatus for power factor correction and DC/DC conversion;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers **connected** to one of the | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| set of light fixture loads for powering the connected light fixture load; and<br>an apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups.<br><br><u>'713 Patent</u><br>1. Apparatus for controlling power to a solid state lighting (SSL) device load comprising:<br>a power circuit for receiving power from an external source;<br>at least one power limit **connected** to the power circuit;<br>at least one output current driver for supplying a load power | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| to the SSL device load, the at least one output current driver **connected** to the at least one power limit; and a power limit controller; wherein the power circuit transmits the power to the at least one power limit which, in turn, transmits a current to the at least one output current driver; wherein the power limit controller directly or indirectly monitors a level of the load power and controls the at least one power limit to reduce the level of the load power for a predetermined period of time when the load power exceeds a | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| predetermined power limit; wherein if the load power exceeds the predetermined power limit, the power limit controller internally generates and transmits a signal to the current source controller to control the load power to the load; wherein the signal is based on internal controls. | | | | |
| **Apparatus for power factor correction and DC/DC conversion** ('310 Patent, Cl. 1)<br><br>'310 Patent<br>1. A configurable light emitting diode (LED) driver for powering a set | | Means plus function – structure: power factor correction circuit and a DC/DC converter circuit and equivalent structures; function: power factor | § 112 ¶ 6 does not apply. Device that adjusts the ratio of energy a device transmits to the output versus the total amount of energy it receives from the input | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit,<br>an **apparatus for power factor correction and DC/DC conversion**, and a regulated output voltage bus connected to the **apparatus for power factor correction and DC/DC conversion**;<br>a primary controller for controlling the power circuit;<br>a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the connected light fixture load; and | | correction and DC/DC conversion | power source and converts direct current from one voltage setting to another voltage setting | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| an apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups. | | | | |
| **An apparatus for mapping the set of output current drivers to various dimming zones and for mapping output channels into groups** ('310 Patent, Cl. 1)<br><br>‘310 Patent<br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising:<br>a power circuit including:<br>an inrush current limit, | | Means plus function – structure: port and controller and equivalent structures | A device designed to assign a number of output current drivers to various dimming zones and for assigning output channels into groups. | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| an apparatus for power factor correction and DC/DC conversion, and a regulated output voltage bus connected to the apparatus for power factor correction and DC/DC conversion; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the connected light fixture load; and an **apparatus for mapping the set of output current drivers to various dimming zones and for mapping** | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **output channels into groups**. | | | | |
| **Break-out module** ('601 Patent, Cl. 1)<br><br>'601 Patent<br>1. Apparatus for configuring and powering a set of light fixture loads in a light emitting diode (LED) low voltage distribution system comprising:<br>an LED driver including a power circuit having at least one power limit and a set of output current drivers connected to the at least one power limit in the power circuit; and<br>a break-out module electrically connected to an output of the LED | | Plain and ordinary meaning | A separate assembly of components that can be added, removed or replaced in a larger system. | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| driver and the set of light fixture loads, the **break-out module** including power connectors; wherein the **break-out module** receives power from the LED driver via a set of input channels and delivers power to the set of light fixture loads via a set of output channels; and splits the set of input channels into individual output channels; wherein the LED driver is located remotely from the set of light fixture loads. | | | | |
| **Limiting converted power** ('093 Patent, Cl. 11) <br><br> '093 Patent | | Plain and ordinary meaning | A setting that equals the maximum amount of power produced by a device. | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 11. A method of configuring and powering a set of light fixture loads in a light emitting diode (LED) low voltage distribution system comprising:<br><br>converting power for powering the set of light fixture loads;<br><br>**limiting converted power** to multiple current outputs supplied to the set of light fixture loads;<br><br>splitting or regrouping the multiple current outputs prior to delivery of the multiple current outputs to the set of light fixture loads; | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| receiving a data stream from an external transmitter; and<br><br>translating the data stream to LED control information;<br>wherein the LED control information is used for controlling the limited power. | | | | |
| **Apparatus for configuring the set of output current drivers to an output current set point**<br>('759 Patent, Cl. 1)<br><br>'759 Patent<br>1. A configurable light emitting diode (LED) driver for powering a set of light fixture loads comprising: | | Means plus function – structure: port and controller and equivalent structures; function: for configuring the set of output current drivers to an output current set point, i.e., the set point of the output current / programmed peak output current | A device designed to provide the maximum current capable of being outputted by a number of output current drivers | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| a power circuit including: an inrush current limit; a DC/DC converter; a power factor correction (PFC) boost connected to the inrush current limit and the DC/DC converter; a regulated output voltage bus connected to the DC/DC converter; a primary controller for controlling the power circuit; a set of output current drivers, each of the set of output current drivers connected to one of the set of light fixture loads for powering the associated light fixture load, and; **an apparatus for configuring the set of** | | | | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **output current drivers to an output current set point**. | | | | |
| **Current sense** ('310 Patent, Cl. 19) <br><br> <u>'310 Patent</u> <br> 19. The LED driver of claim 1 wherein each of the set of output current drivers comprises: <br> a load controller; <br> a current source; and <br> **a current sense**. | | Plain and ordinary meaning. If further construction of the plain and ordinary meaning is required, then "circuit that senses current." | A setting that detects electrical current | |