Shane A. Brunner (Admitted Pro Hac Vice)
sbrunner@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Telephone: (608) 257-3501

Byron E. Ma (SBN 299706) (Local Counsel)
bma@buchelaw.com
John K. Buche (SBN 239477) (Local Counsel)
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
875 Prospect St., Suite 305
La Jolla, CA 92037
Telephone: (858) 459-9111

*Attorneys for Plaintiff*
*mate, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| mate, LLC, an Oklahoma Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>Advanced Lighting Concepts, LLC d/b/a Environmental Lights, a California limited liability company,<br><br>Defendant. | Case No.: 3:22-cv-01095-CAB-DEB<br><br>**DECLARATION OF J. RYAN GRAY IN SUPPORT OF PLAINTIFF MATE, LLC'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>**DEPT: 15A**<br>**JUDGE: HON. CATHY ANN BENCIVENGO** |

I, J. Ryan Gray, declare as follows:

1. I am an attorney in the law firm of Michael Best & Friedrich LLP, counsel for Plaintiff mate, LLC ("mate") in the above referenced action. I submit this declaration in support of mate, LLC's Opening Claim Construction Brief. I make this declaration based upon my own personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from *IEEE 100: The Authoritative Dictionary of IEEE Standards Terms* (7th ed. 2000), including definitions for "power," "limit," "inrush," "power factor," and "dc-dc converter."

3. Attached as **Exhibit B** is a true and correct copy of excerpts from *Modern Dictionary of Electronics* (7th ed.), including definitions for "limiter," "inrush," "power factor," "power factor correction," "connection," "output," and "set point."

4. Attached as **Exhibit C** is a true and correct copy of MOONS' LED Driver Technical Glossary, which was produced in this action with Bates range mate002816-2819.

5. Attached as **Exhibit D** is a true and correct copy of MOONS' Power Factor Correction Basics, which was produced in this action with Bates range mate002824-2826.

6. Attached as **Exhibit E** is a true and correct copy of the definition of "power factor" from *A Dictionary of Electronics and Electrical Engineering* (5th ed. 2018).

7. Attached as **Exhibit F** is a true and correct copy of the Merriam-Webster Dictionary definitions of "power factor," boost," "connected," and "module."

8. Attached as **Exhibit G** is a true and correct copy of the definition of "DC-to-DC converter" from the Wikipedia Glossary of Electrical and Electronics Engineering.

9. Attached as **Exhibit H** is a true and correct copy of U.S. Patent No. 8,525,446.

10. Attached as **Exhibit I** is a true and correct copy of U.S. Patent No. 8,957,601.

11. Attached as **Exhibit J** is a true and correct copy of U.S. Patent No. 9,049,759.

12. Attached as **Exhibit K** is a true and correct copy of U.S. Patent No. 9,078,310.

13. Attached as **Exhibit L** is a true and correct copy of U.S. Patent No. 9,320,093.

14. Attached as **Exhibit M** is a true and correct copy of U.S. Patent No. 9,591,713.

15. Attached as **Exhibit N** is a true and correct copy of excerpts of Defendant Advanced Lighting Concepts, LLC's Amended Invalidity Contentions.

16. Attached as **Exhibit O** is a true and correct copy of excerpts of Defendant Advanced Lighting Concepts, LLC's Amended Objections and Answers to Plaintiff's First Set of Interrogatories.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 23rd day of August, 2023.

/s/ J. Ryan Gray

J. Ryan Gray