Shane A. Brunner (Admitted *Pro Hac Vice*)
sbrunner@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Telephone: (608) 257-3501

Byron E. Ma (SBN 299706) (Local Counsel)
bma@buchelaw.com
John K. Buche (SBN 239477) (Local Counsel)
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
875 Prospect St., Suite 305
La Jolla, CA 92037
Telephone: (858) 459-9111

*Attorneys for Plaintiff*
*mate, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| mate, LLC, an Oklahoma Limited Liability company,<br>Plaintiff,<br>v.<br>Advanced Lighting Concepts, LLC d/b/a Environmental Lights, a California limited liability company,<br>Defendant. | Case No.: 3:22-cv-01095-CAB-DEB<br>**INDEX OF SUPPORTING EXHIBITS**<br>**DEPT: 15A**<br>**JUDGE: HON. CATHY ANN BENCIVENGO** |

**INDEX OF EXHIBITS**

| Exhibit | Description | Plaintiff's Exhibit Page No. |
|---|---|---|
| A | *IEEE 100: The Authoritative Dictionary of IEEE Standards Terms* (7th ed. 2000) definitions for "power," "limit," "inrush," "power factor," and "dc-dc converter" | 000001-7 |
| B | Modern Dictionary of Electronics (7th ed.) definitions for "limiter," "inrush," "power factor," "power factor correction," "connection," "output," and "set point" | 000008-14 |
| C | MOONS' LED Driver Technical Glossary | 000015-18 |
| D | MOONS' Power Factor Correction Basics | 000019-21 |
| E | A Dictionary of Electronics and Electrical Engineering (5th ed. 2018) definition of "power factor" | 000022-24 |
| F | Merriam-Webster Dictionary definitions of "power factor," boost," "connected," and "module" | 000025-29 |
| G | Wikipedia Glossary of Electrical and Electronics Engineering definition of "DC-to-DC converter" | 000030-31 |
| H | U.S. Patent No. 8,525,446. | 000032-51 |
| I | U.S. Patent No. 8,957,601 | 000052-83 |
| J | U.S. Patent No. 9,049,759 | 000084-103 |
| K | U.S. Patent No. 9,078,310 | 000104-123 |
| L | U.S. Patent No. 9,320,093 | 000124-155 |
| M | U.S. Patent No. 9,591,713 | 000156-173 |
| N | Excerpts of Defendant Advanced Lighting Concepts, LLC's Amended Invalidity Contentions | 000174-176 |
| O | Excerpts of Defendant Advanced Lighting Concepts, LLC's Amended Objections and Answers to Plaintiff's First Set of Interrogatories | 000177-181 |

Dated: August 23, 2023

Respectfully submitted,

By: /s/ Shane A. Brunner

Shane A. Brunner (Admitted Pro Hac Vice)
sbrunner@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Telephone: (608) 257-3501
Facsimile: (608) 283-2275

Melanie J. Reichenberger (Admitted Pro Hac Vice)
mjreichenberger@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
790 N Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: (414)271-6560
Facsimile: (414) 277-0656

J. Ryan Gray (Admitted Pro Hac Vice)
jrgray@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
4509 Creedmoor Road, Suite 501
Raleigh, NC 27612
Telephone: (984) 220-8750
Facsimile: (877) 398-5240

Byron E. Ma (SBN 299706) (Local Counsel)
bma@buchelaw.com
John K. Buche (SBN 239477) (Local Counsel)
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
875 Prospect St., Suite 305
La Jolla, CA 92037
Telephone: (858) 459-9111

*Attorneys for Plaintiff*
*mate, LLC*