# Exhibit A

# IEEE 100

# THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS

## SEVENTH EDITION

IEEE
Published by
Standards Information Network
IEEE P

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2* *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
p. cm.
ISBN 0-7381-2601-2 (paperback : alk. paper)
1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3′03—dc21 00-050601

ratio of the illuminance on the given plane at that point to the simultaneous exterior illuminance on a horizontal plane from the whole of an unobstructed sky of assumed or known luminance distribution. Direct sunlight is excluded from both interior and exterior values of illuminance. (EEC/IE) [126]

**day-night sound level ($L_{dn}$)** The $L_{dn}$ rating is the average A-weighted sound level, in decibels, integrated over a 24 h period. A 10 db(A) penalty is applied to all sound occuring between 10 P.M. and 7 A.M. *Notes:* 1. $L_{dn}$ is intended to improve upon the $L_{eq}$ rating by adding a correction for night-time noise intrusions because people are more sensitive to such intrusions. 2. The $L_{dn}$ can be derived from daytime and nighttime $L_{eq}$ values as follows:

$$L_{dn} = 10\log\left(\frac{1}{24}\right)\left[15 \text{ antilog } \frac{L_d}{10} + 9 \text{ antilog } \frac{L_n + 10}{10}\right]$$

where
$L_d$ = The $L_{eq}$ for the 15 daytime hours
$L_n$ = The $L_{eq}$ for the 9 nighttime hours
(T&D/PE) 656-1992, 539-1990

**days of battery reserve (1)** The number of days a fully-charged battery can satisfy the load with no contribution from the PV array or auxiliary power source. (PV) 1013-1990
**(2)** The number of days a fully charged battery can satisfy the load with no contribution from the photovoltaic array or auxiliary power source. (PV) 1144-1996

**dB** *See:* decibel.

**DB-9** The designation of a standard plug and jack set used in EIA/TIA-530-A [formerly RS-449] wiring. It has a 9-pin connector. *Note:* The connector is specific to ISO standard. (C) 610.7-1995

**DB-25** The designation of a standard plug and jack set used in EIA/TIA-232-E [formerly RS-232-C] wiring. It has a 25-pin connector, with 13 pins in the top row and 12 in the bottom row. *Note:* The connector is specific to ISO standard. (C) 610.7-1995

**DB-37** The designation of a standard plug and jack set used in EIA/TIA-530-A [formerly RS-449] wiring. It has a 37-pin connector. *Note:* The connector is specific to ISO standard. (C) 610.7-1995

**dBASE** A database manipulation language used commonly for database applications in the PC DOS Environment. *Note:* Several version have been published with Roman numeral suffixes, as in dBASE III, dBASE IV. (C) 610.13-1993w

**DBA** *See:* database administration; database administrator.

**DBCL** *See:* database command language.

**DBDL** *See:* database description language.

**dBDSX** A representation of signal level expressed by a measure of base-to-peak signal voltage at the digital signal crossconnect (DSX) point. (COM/TA) 1007-1991r

**DBE** *See:* design basis events.

**DBL** A programming language used in conjunction with DIBOL for developing applications within the UNIX and DOS environments. (C) 610.13-1993w

**dBm (1) (A)** Decibels relative to 1 milliwatt. **(B) (data transmission)** A unit for expression of power level in decibels with reference to a power of one milliwatt. (LM/C/PE) 802.7-1989, 599-1985
**(2)** Decibel with reference to one milliwatt. (COM/TA) 1007-1992

**DBML** *See:* database manipulation language.

**DBMS** *See:* database management system.

**dBmV (1)** Decibels relative to 1 mV across 75 Ω. Zero dBmV is defined as 1 mV across 75 Ω.

$$\text{dBmV} = 20 \log 10 (V_1/V_2)$$

$V_1$ is the measurement of voltage at a point having identical impedance to $V_2$ (0.001 V across 75 Ω). (LM/C) 802.7-1989r
**(2)** Decibels referenced to 1.0 mV measured at the same impedence. Used to define signal levels in Community Antenna Television (CATV)-type broadband systems. (C/LM) 802.3-1998

**D-board** *See:* lineperson's platform.

**dBV** *See:* voltage level.

**DbNC** *See:* distributed numerical control.

**DBS** *See:* Doppler beam sharpening.

**DBTG** *See:* Database Task Group.

**dc** *See:* direct current.

**DC** *See:* dynamic configuration.

**DCA** *See:* digital coefficient attenuator.

**D cable** A two-conductor cable, each conductor having the shape of the capital letter D with insulation between the conductors themselves and between conductors and sheath. (T&D/PE) [10]

**dc-ac transfer standards (metering)** Instruments used to establish the equality of a root-mean-square (rms) current or voltage (or the average values of alternating power) with the corresponding steady-state direct-current (dc) quantity. (ELM) C12.1-1982s

**DCC** *See:* device communications controller.

**dc-dc converter** A machine, device, or system, typically combining the functions of inversion and rectification, for changing dc at one voltage to dc at a different voltage. (PEL/ET) 388-1992r

**DC device** A device whose logical address can be programmed by a dynamic configuration (DC) resource manager. (C/MM) 1155-1992

**DCE** Formerly the Open Software Foundation (OSF) Distributed Computing Environment (DCE), and now the Open Group's DCE. (C/SS) 1244.1-2000

**DCDL** *See:* Digital Control Design Language.

**DCF** *See:* Document Composition Facility.

**D channel (for the ISLAN16-T)** A channel that provides a 64 kbit/s full-duplex packet access. The D channel provides ISDN call control services via the ITU-T Q.93x family of protocols. The use of the Dchannel may be restricted to conveying signalling information in some applications. The Dchannel is capable of supporting packet mode information. All information on Dchannels is packetized. (LM/C/COM) 802.9a-1995w, 8802-9-1996

**DCL** *See:* Digital Command Language.

**D conditioning** A North American term for a type of conditioning that controls harmonic distortion and signal-to-noise ratio, thus making transmission impairments lie within specified limits. *See also:* C conditioning. (C) 610.7-1995

**DC resource manager** A resource manager that supports dynamic configuration. (C/MM) 1155-1992

**DC system** A VXIbus system that includes a DC resource manager and one or more DC devices. (C/MM) 1155-1992

**DCTL** *See:* direct-coupled transistor logic.

**DDA** *See:* digital differential analyzer.

**DDD** *See:* direct distance dialing.

**DD/D** *See:* data dictionary/directory.

**D dimension (motors)** The standard designation of the distance from the centerline of the shaft to the plane through the mounting surface bottom of the feet, in National Electrical Manufacturers Association approved designations. (PE) [9]

**D-display** Similar to a C-display, but composed of a series of horizontal stripes representing successive elevation angles. Each stripe is a miniature B-display with compressed vertical scale. Horizontal position of a blip represents azimuth, the gross vertical scale (the stripe in which the blip appears) represents elevation, and vertical position within the stripe represents range.

mate002849

**input range (accelerometer) (gyros)** The region between the input limits within which a quantity is measured, expressed by stating the lower- and upper-range value. For example: an angular displacement input range of −5° to +6°. (AES/GYAC) 528-1994

**input rate (gyros)** The angular displacement per unit time of the case about an input axis. (AES/GYAC) 528-1994

**input reference axis (accelerometer) (gyros)** The direction of an axis (nominally parallel to an input axis) as defined by the case mounting surfaces or external case markings, or both. (AES/GYAC) 528-1994

**input signal (1) (hydraulic turbines)** A control sign injected at any point into a control system. (PE/EDPG) 125-1977s **(2) (control system feedback)** A signal applied to a system or element. See the figure attached to definition "3" of error signal. *See also:* feedback control system. (PE/EDPG) 421-1972s, [3]

**input signal level sensitivity (spectrum analyzer)** The input signal level that produces an output equal to twice the value of the average noise alone. This may be power or voltage relationship, but must be stated so. *See also:* sensitivity; equivalent input noise sensitivity. (IM) 748-1979w

**input span** *See:* full range.

**input station** *See:* data input station.

**input terminal (A)** A terminal used to accept input. **(B)** Any point in a system or communication network at which data can enter the system. *Contrast:* output terminal. (C) 610.10-1994

**input unit** *See:* input device.

**input variable** A variable applied to a system or element. *See also:* feedback control system. (IM/PE/EDPG) [120], [3]

**input voltage range** (of a power system) The range of input voltage over which the system can operate properly. (IA/PSE) 1100-1999

**input workstation** *See:* data input station.

**INQUIRE** A nonprocedural database manipulation language used to access data stored in VSAM databases; characterized by its suitability for storage and retrieval of textual data. (C) 610.13-1993w

**inrush** The amount of current that a load or device draws when first energized. (IA/PSE) 1100-1999

**inrush current (1) (electronic power transformer)** The maximum root-mean-square or average current value, determined for a specified interval, resulting from the excitation of the transformer with no connected load, and with essentially zero source impedance, and using the minimum primary turns tap available and its rated voltage. (PEL/ET) 295-1969r **(2) (packaging machinery)** Of a solenoid or coil, the steady-state current taken from the line with the armature blocked in the rated maximum open position. (IA/PKG) 333-1980w **(3)** The rapid change of current with respect to time upon motor energization. Inrush current is dependent upon the voltage impressed across the motor terminals and the motor inductance by the relationship V = L di/dt. (PE/NP) 1290-1996

**insert** The station transmit signals will be routed to the next active downstream station, and input signals will be routed from the next active upstream station. (C/LM) 11802-4-1994

**insertion (1)** The opening of the capacitor bypass device to place the series capacitor in service with or without load current flowing. (T&D/PE) 824-1994 **(2)** A signalling pattern sent by a fibre optic station to request to join the ring (INSERT). This pattern consists of an alternating pattern of normal data signals and low light-level signals. (C/LM) 11802-4-1994

**insertion character** A character within a picture specification that represents a character that is inserted into the representation only under certain circumstances; for example, the value 1234, when represented using the picture specification 9,999 (the comma is the insertion character), is "1,234." (C) 610.5-1990w

**insertion current** The steady state root-mean-square current that flows through the series capacitor after the bypass device has opened. (T&D/PE) 824-1994

**insertion/extraction levers (1)** Mechanical levers used to provide a mechanical advantage during the insertion and extraction of a module to allow operation without tools. The insertion/extraction levers shall be part of each module. (C/BA) 1101.3-1993

**(2)** A generic term meaning levers that insert and extract the module. (C/BA) 1101.4-1993

**insertion levers** A device used to insert and extract the module. (C/BA) 1101.7-1995

**insertion gain** *See:* matched insertion gain; matched load insertion gain; matched generator insertion gain; general insertion gain.

**insertion key echo** The return of the Insertion Key to the station by the FOTCU. (C/LM) 11802-4-1994

**insertion loss (1) (audible noise measurements)** The insertion loss of a component (for example, a microphone windscreen) is the difference in decibels between the sound-pressure level measured before the insertion of the component and the sound-pressure level measured after the insertion of the component, provided that the source of the sound and all other conditions remain unchanged. The effect of the added component on the frequency response of a sound-measurement system should be considered and recorded. (T&D/PE) 656-1985s

**(2) (data transmission)** Resulting from the insertion of a transducer in a transmission system, the ratio of (A) the power delivered to that part of the system following the transducer, before insertion of the transducer, to (B) the power delivered to that same part of the system after insertion of the transducer. *Note:* If the input or output power, or both, consist of more than one component, such as multifrequency signal or noise, then the particular components used and their weighting are specified. (PE) 599-1985w **(3) (fiber optics)** The total optical power loss caused by the insertion of an optical component such as a connector, splice, or coupler. (Std100) 812-1984w **(4) (overhead power lines)** The difference, in decibels, between the sound pressure level of a component (e.g., windscreen) measured before the insertion of the component and the sound pressure level measured after the insertion of the component (provided that the source of the noise remains unchanged). (T&D/PE) 539-1990 **(5) (broadband local area networks)** The loss of signal level in a cable path caused by insertion of a passive device. *Synonym:* through loss. (LM/C) 802.7-1989r **(6)** The signal loss that results when a channel is inserted between a transmitter and a receiver, which is the ratio of the signal level delivered to a receiver before a channel is inserted, to the signal level after the channel is inserted. (C/LM) 8802-5-1998, 610.7-1995

**(7)** *See also:* insertion loss. (COM/TA) 1007-1991r **(8)** *See also:* matched insertion loss; matched generator insertion loss; matched load insertion loss; general insertion loss. (MTT) 146-1980w

**insertion loss ripple** The peak-to-peak variation of the insertion loss; i.e., the difference between the maximum and minimum insertion loss over a specified frequency range of the device. (UFFC) 1037-1992w

**insertion reactor** A reactor that is connected momentarily across the open contacts of a circuit-interrupting device for synchronizing and/or switching transient suppression purposes. (PE/TR) C57.16-1996

**insertion sort** A sort in which each item in the set to be sorted is inserted into its proper position among those items already considered. *See also:* linear sort; radix insertion sort; tree insertion sort; diminishing increment sort; binary insertion sort; list insertion sort; distribution counting sort; two-way insertion sort; address calculation sort. (C) 610.5-1990w

**ght-sensitive** Pertaining to an input device that can detect energy in the form of light. *See also:* light pen; touch-sensitive. (C) 610.10-1994w

**ight source** A device to supply radiant energy capable of exciting a phototube or photocell. *See also:* photoelectric control. (IA/ICTL/IAC) [60]

**ight-source color (illuminating engineering)** The color of the light emitted by the source. *Note:* The color of a point source may be defined by its luminous intensity and chromaticity coordinates; the color of an extended source may be defined by its luminance and chromaticity coordinates. (EEC/IE) [126]

**light transition load (rectifier circuits)** The transition load that occurs at light load, usually at less than 5 percent of rated load. *Note:* Light transition load is important in multiple rectifier circuits. A similar effect occurs in rectifier units using saturable-reactor control. *See also:* rectifier circuit element; rectification.




*Voltage regulation characteristic showing light transition load.*

**light transition load**

(IA) 59-1962w, [12]

**light valve (electroacoustics)** A device whose light transmission can be made to vary in accordance with an externally applied electrical quantity, such as voltage, current, electric field, magnetic field, or an electron beam. *See also:* phonograph pickup. (BT/SP/AV) [34], [32]

**lightwatt** *See:* spectral luminous efficiency.

**limb sounding** A technique for making observations of planetary atmospheres wherein satellite-borne sensors are oriented in a direction tangent to the spherical atmospheric layer of interest, to afford the longest pathlength and highest vertical resolution through the atmosphere. (AP/PROP) 211-1997

**limit (1) (mathematical)** A boundary of a controlled variable.
**(2) (synchronous machine regulating systems)** The boundary at or beyond which a limiter functions. (PE) [9]
**(3)** The designated quantity is controlled so as not to exceed a prescribed boundary condition. *See also:* feedback control system. (IA/ICTL/IAC) [60]
**(4) (test, measurement, and diagnostic equipment)** The extreme of the designated range through which the measured value of a characteristic may vary and still be considered acceptable. (MIL) [2]

**limit check** A consistency check that ensures that a certain item limit is not exceeded. For example, if a record can hold four transactions, a limit check will reveal an error situation if an attempt is made to add a fifth transaction to a record. (C) 610.5-1990w

**limit cycle** A closed curve in the state space of a particular control system, from which state trajectories may recede, or which they may approach, for all initial states sufficiently close to the curve. (CS/PE/EDPG) [3]

**limit cycle, stable** *See:* stable limit cycle.

**limit cycle, unstable** *See:* unstable limit cycle.

**limited access highways** Limited access highways include both fully controlled highways and partially controlled highways where access is controlled by a governmental authority for purposes of improving traffic flow and safety. Fully controlled access highways have no grade crossings and have carefully designed access connections. (NESC) C2-1997

**limited availability (telephone switching systems)** Availability that is less than the number of outlets in the desired group. (COM) 312-1977w

**limited-domain data element** A data element whose domain is bounded. For example, a data element SEX with a domain of [M,F]. (C) 610.5-1990w

**limited proportionality, region of** *See:* region of limited proportionality.

**limited signal (radar)** A signal that is limited in amplitude by the dynamic range of the system. (AES/RS) 686-1990, [42]

**limited stability** A property of a system characterized by stability when the input signal falls within a particular range and by instability when the signal falls outside this range. (Std100) 154-1953w

**limiter (1) (excitation systems for synchronous machines)** An element of the excitation system which acts to limit a variable by modifying or replacing the functions of the primary detector element when predetermined conditions have been reached. *Note:* Examples:

a) An under excitation limiter prevents the voltage regulator from lowering the excitation of the synchronous machine below a prescribed level.
b) An over excitation limiter prevents the voltage regulator from raising the excitation of the synchronous machine above a level that would cause a thermal overload in the machine field; refer to ANSI C50.13-1977.
c) A volts per hertz limiter acts, through the voltage regulator to correct for a machine terminal voltage to frequency ratio that is considered abnormal.
d) Other types of limiters may be used to control various quantities, such as, rotor angle, excitation output, etc.

*See also:* ferri-diode limiter; multipactor limiter; p-i-n diode limiter; ferrite limiter; passive limiter; gyromagnetic limiter. (PE/EDPG) 421.1-1986r

**(2) (A) (data transmission)** A device in which some characteristic of the output is automatically prevented from exceeding a predetermined value. **(B) (data transmission)** More specifically, a transducer in which the output amplitude is substantially linear with regard to the input up to a predetermined value and substantially constant thereafter. *Note:* For waves having both positive and negative values, the predetermined value is usually independent of sign. (PE) 599-1985

**(3) (rotating machinery)** An element or group of elements that acts to limit by modifying or replacing the functioning of a regulator when predetermined conditions have been reached. *Note:* Examples are minimum excitation limiter, maximum excitation limiter, maximum armature-current limiter. (PE) [9]

**(4) (radio receivers)** A transducer whose output is constant for all inputs above a critical value. *Note:* A limiter may be used to remove amplitude modulation while transmitting angle modulation. *See also:* transducer; radio receiver. (AP/ANT) 145-1983s

**(5)** A device that is used to prevent an analog variable from exceeding specified limits. *See also:* limiter circuit; feedback limit. (C) 610.10-1994w

**limiter circuit** A circuit that limits the amplitude of a signal so that interfering noise can be kept to a minimum, or to protect components from excessive stress. *Synonyms:* clamping circuit; circuit limiter. *See also:* feedback limiter; input limiter; bridge limiter. (C) 610.10-1994w

**limiter circuits (analog computer)** A circuit of nonlinear elements that restrict the electrical excursion of a variable in accordance with some specified criteria. "Hard limiting" is a limiting action with negligible variation in output in the range where the output is limited. "Soft limiting" is a limiting action with appreciable variation in output in the range where the

**pothead mounting plate** The part of the pothead used to attach the pothead to the supporting structure. *See also:* transformer. (PE/TR) [107], [108]

**pothead mounting-plate insulator** An insulator used to insulate the pothead from the supporting structure for the purpose of controlling cable sheath currents. *See also:* transformer. (PE/TR) [107], [108]

**pothead sheath insulator** An insulator used to insulate an electrically conductive cable sheath or armor from the metallic parts of the pothead in contact with the supporting structure for the purpose of controlling cable sheath currents. *See also:* pothead. (PE) 48-1975s

**Potier reactance (rotating machinery)** An equivalent reactance used in place of the primary leakage reactance to calculate the excitation on load by means of the Potier method. *Note:* It takes into account the additional leakage of the excitation winding on load and in the overexcited region; it is greater than the real value of the primary leakage reactance. It is useful for the calculation of excitation of the machine at other loads and power factors. The height of a Potier reactance triangle determines the reactance drop, and the reactance $X_P$ is equal to the reactance drop divided by the current. The value of Potier reactance is that obtained from the no-load normal-frequency saturation curve: and normally with the excitation for rated voltage and current at zero power factor (overexcited), and at rated frequency. Approximate values of Potier reactance may be obtained from test load excitations at loads differing from rated load, and at power factors other than zero.The excitation results in the range from zero power factor overexcited to unity power factor are close enough to the test values for most practical applications. (PE) [9]

**Potter horn** A circular horn with one or more abrupt changes in diameter that excites two or more waveguide modes in order to produce a specified aperture illumination. (AP/ANT) 145-1993

**potting (encapsulation)** The sealing of components and associated conductors in a filter assembly with an insulating, thermally conductive material to exclude contaminants. (EMC) C63.13-1991

**potty seat** *See:* insulator lifter.

**Poulsen arc** (also Poulsen singing arc or signing arc) A type of arc-gap transmitting circuit that uses a resistance-capacitance (rc) circuit to tune the arc. This technique substantially reduces the bandwidth used by the arc-gap transmitter. (EMC) 140-1990r

**poured joint (power cable joints)** A joint insulated by the means of a hot or cold poured insulating medium which solidifies. (PE/IC) 404-1986s

**powder** *See:* explosives.

**power (Φ) (1) (laser maser)** The time rate at which energy is emitted, transferred, or received; usually expressed in watts (or in joules per second). (LEO) 586-1980w
**(2)** (used as an adjective) A general term used by reason of specific physical or electrical characteristics to denote application or restriction, or both, to generating stations, switching stations, or substations. (PE/SWG-OLD) C37.100-1992, C37.40-1993
**(3)** The rate of generating, transferring, or using energy. (PE/PSE) 858-1993w
**(4) (fiber optics)** *See also:* irradiance; radiant intensity; radiant power. 812-1984w

**power—active** The time average of the instantaneous power over one period of the wave. *Note:* For sinusoidal quantities in a two-wire circuit, it is the product of the voltage, the current, and the cosine of the phase angle between them. For nonsinusoidal quantities, it is the sum of all the harmonic components, each determined as above. In a polyphase circuit, it is the sum of the active powers of the individual phases. (ELM) C12.1-1988

**power, active** *See:* active power.

**power amplification (1)** The ratio of the power level at the output terminals of an amplifier to that at the input terminals. Also called power gain. *See also:* power gain; amplifier. (AP/ANT) 145-1983s
**(2) (magnetic amplifier)** The product of the voltage amplification and the current amplification. (MAG) 107-1964w

**power—apparent** For sinusoidal quantities in either single-phase or polyphase circuits, apparent power is the square root of the sum of the squares of the active and reactive powers. *Note:* This is, in general, not true for nonsinusoidal quantities. (ELM) C12.1-1988

**power, apparent** *See:* apparent power.

**power, auxiliary** *See:* auxiliary power.

**power, available** *See:* available power.

**power, average phasor** *See:* average phasor power.

**power budget** The minimum optical power available to overcome the sum of attenuation plus power penalties of the optical path between the transmitter and receiver calculated as the difference between the transmitter launch power (min) and the receive power (min). (C/LM) 802.3-1998

**power cable** Cable used to supply power to plant auxiliary system devices. The classifications for power cable are: low voltage and medium voltage. (PE/IC) 1185-1994

**power capacitor** An assembly of dielectric and electrodes in a container (case), with terminals brought out, that is intended to introduce capacitance into an electric power circuit. (T&D/PE) 18-1992

**power capacity (waveguide)** The maximum power which can be carried by the waveguide under a specified set of environmental and circuit conditions with a desired safety factor. (MTT) 146-1980w

**power, carrier-frequency, peak pulse** *See:* peak pulse power, carrier-frequency.

**power-circuit limit switch** A limit switch the contacts of which are connected into the power circuit. *See also:* switch. (IA/ICTL/IAC) [60]

**power circuit protector (low-voltage ac power circuit protectors)** An assembly consisting of a modified low-voltage power circuit breaker, which has no direct-acting tripping devices, with a current-limiting fuse in series with the load terminals of each pole. (SWG/PE) C37.100-1992, C37.29-1981r

**power-closed car door or gate (elevators)** A door or gate that is closed by a car-door or gate power closer or by a door or gate power operator. *See also:* elevator. (PE/EEC) [119]

**power coefficient (attenuator) (characteristic insertion loss)** Temporary and reversible variation in decibels when input power is varied from 20 dB below full rated power or lower to full rated power after steady-state condition has been reached. (IM/HFIM) 474-1973w

**power, commercial** *See:* commercial power.

**power conditioning subsystem (PCS) (terrestrial photovoltaic power systems)** The subsystem that converts the dc power from the array subsystem to dc or ac power that is compatible with system requirements. *See also:* array control. (PV) 928-1986r

**power connection** The connection between the heating cable and incoming power. (IA/PC) 515.1-1995

**power control center (power operations)** The location where power system operators monitor, analyze, or control power systems using digital or analog teleprocessing systems. (PE/PSE) 858-1987s

**power correction capacitor** Device that provides a capacitive load to offset the demand for lagging reactive power. (PE/EDPG) 1020-1988r

**power dBm level** Decibels relative to one milliwatt. This is the customary unit worldwide for measurement of telecommunications signal power. Zero dBm equals one milliwatt. (COM/TA) 1007-1991r

**power density** ($S$) **(1) (control of system electromagnetic compatibility)** (of an electromagnetic wave) Emitted power per unit cross-sectional area normal to the direction of propagation. (EMC) C63.12-1987
**(2)** (of a traveling wave) The time average of the Poynting vector. *Synonym:* power flux density. *See also:* spectral power density; spectral power flux density. (AP/PROP) 211-1997
**(3)** Power per unit area normal to the direction of propagation, usually expressed in units of watts per square meter (W/m$^2$) or, for convenience, units such as milliwatts per square centimeter (mW/cm$^2$) or microwatts per square centimeter (μW/cm$^2$). For plane waves, power density, electric field strength ($E$), and magnetic field strength ($H$) are related by the impedance of free space, i.e., 377 Ω. In particular,

$$S = \frac{E^2}{377} = 377\ H^2$$

where $E$ and $H$ are expressed in units of V/m and A/m, respectively, and $S$ in units of W/m$^2$. Although many survey instruments indicate power density units, the actual quantities measured are $E$ or $E^2$ or $H$ or $H^2$. (NIR) C95.1-1999
**(4) (fiber optics)** *See also:* irradiance. 812-1984w

**power-density spectrum** A plot of power density per unit frequency as a function of frequency. (EMC) [53]

**power detection** That form of detection in which the power output of the detecting device is used to supply a substantial amount of power directly to a device such as a loudspeaker or recorder. *See also:* detection. (EEC/PE) [119]

**power dissipation (light-emitting diodes)** The time average product of current times voltage of the device. (ED) [127]

**power distribution, underground cables** *See:* cable bedding; aluminum-covered steel wire; cable separator; base ambient temperature.

**power disturbance** Any deviation from the nominal value (or from some selected thresholds based on load tolerance) of the input ac power characteristics. (IA/PSE) 1100-1999

**power disturbance monitor** Instrumentation developed specifically to capture power disturbances for the analysis of voltage and current measurements. (IA/PSE) 1100-1999

**power divider (waveguide)** A device for producing a desired distribution of power at a branch point. *See also:* waveguide. (AP/ANT) [35], [84]

**power, effective radiated** *See:* effective radiated power.

**power elevator** An elevator utilizing energy other than gravitational or manual to move the car. *See also:* elevator. (EEC/PE) [119]

**power, emergency** *See:* emergency power.

**power factor (1) (electrical heating systems)** The ratio of the circuit power (watts) to the circuit voltamperes. (IA/PC) 844-1991
**(2) (converter characteristics) (self-commutated converters)** (total) The ratio of the total active power in watts to the total apparent power in voltamperes (the product of root-mean-square [rms] voltage and rms current) on the ac (alternating current) side of the converter. *Note:* This definition includes the effect of harmonic components of current and voltage, as well as the effect of phase displacement between current and voltage. (IA/SPC) 936-1987w
**(3) (harmonic control and reactive compensation of static power converters)** (total) The ratio of the total power input in watts to the total voltampere input to the converter. *Notes:* 1. This definition includes the effect of harmonic components of current and voltage, the effect of phase displacement between current and voltage, and the exciting current of the transformer. Voltamperes are the product of root-mean-square (rms) voltage and rms current. 2. The power factor is determined at the ac line terminals of the converter. (IA/SPC) 519-1981s
**(4)** The ratio of total watts to the total root-mean-square (RMS) voltamperes.

$$F_P = \frac{\Sigma \text{ Watts per Phase}}{\Sigma \text{ RMS Voltamperes per Phase}} = \frac{\text{Active Power}}{\text{Apparent Power}}$$

*Note:* If the voltages have the same waveform as the corresponding currents, power factor becomes the same as phasor power factor. If the voltages and currents are sinusoidal and, for polyphase circuits, form symmetrical sets, $F_P = \cos(\alpha - \beta)$. *See also:* asynchronous machine. (PE/AES) [9], 270-1966w, [84], [41]
**(5) (rectifier or rectifier unit) (thyristor converter)** The ratio of the total watts input (total power input in watts) to the total voltampere input to the rectifier, rectifier unit or converter. *Notes:* 1. This definition includes the effect of harmonic components of current and voltage, the effect of phase displacement between the current and voltage, and the exciting current of the transformer. Voltampere is the product of root- mean square volts and root-mean-square amperes. 2. It is determined at the alternating-current line terminals of the thyristor converter or rectifier unit. *See also:* power rectifier; rectification. (IA/IPC) 444-1973w
**(6) (rotating machinery) (dielectric)** The cosine of the dielectric phase angle or the sine of the dielectric loss angle. (PE) [9]
**(7) (insulation) (outdoor apparatus bushings)** The ratio of the power dissipated in the insulation, in watts, to the product of the effective voltage and current in voltamperes, when tested under a sinusoidal voltage and prescribed conditions. *Note:* The insulation power factor is equal to the cosine of the phase angle between the voltage and the resulting current when both the voltage and current are sinusoidal. (PE/TR) 21-1976, C57.19.03-1996, C57.12.80-1978r
**(8) (metering)** The ratio of the active power to the apparent power. (ELM) C12.1-1988
**(9) (thyristor)** The ratio of the total watts to the total voltamperes. *Note:* This definition includes the effect of harmonic components of current and voltage, and the effect of phase displacement between current and voltage. (IA/IPC) 428-1981w
**(10) (hydroelectric power plants)** Ratio of real to total apparent power (kW/kVA) expressed as a decimal or percent. (PE/EDPG) 1020-1988r
**(11) (dielectric)** The cosine of the phase angle between a sinusoidal voltage applied across a dielectric (or combinations of dielectrics) and the resulting current through the dielectric system. (PE/PSIM) 62-1995

**power factor adjustment clause (power operations)** A clause in a rate schedule that provides for an adjustment in the billing if the customer's power factor varies from a specified reference. (PE/PSE) 858-1987s

**power-factor angle** The angle whose cosine is the power factor. *See also:* asynchronous machine. (PE) [9]

**power factor, arithmetic** *See:* arithmetic power factor.

**power factor, coil Q** *See:* coil $Q$.

**power-factor-corrected mercury-lamp ballast** A ballast of the multiple-supply type that has a power-factor-correcting device, such as a capacitor, so that the input current is at a power factor in excess of that of an otherwise comparable low-power-factor ballast design, but less than 90%, when the ballast is operated with center rated voltage impressed upon its input terminals and with a connected load, consisting of the appropriate reference lamp(s), operated in the position for which the ballast is designed. The minimum input power factor of such a ballast should be specifically stated. (EEC/LB) [97]

**power factor, dielectric** *See:* dielectric power factor.

**power factor, displacement (1) (thyristor)** The ratio of the active power of the fundamental wave, in watts, to the apparent power of the fundamental wave in voltamperes. This is the cosine of the phase angle by which the fundamental current lags the fundamental voltage. This is the power factor