# Exhibit B


SEVENTH EDITION
MODERN
DICTIONARY
of
ELECTRONICS
RUDOLF F. GRAF
Newnes

**conductor-to-hole spacing** — The distance between a conductor edge and the edge of a component hole.

**conduit** — 1. A tubular raceway designed for holding wires or cables designed and used expressly for this purpose. It may be a solid or flexible tube in which insulated electrical wires are run. 2. Metal sleeve through which electrical wires pass.

**conduit wiring** — Wiring carried in conduits and conduit fittings.

**cone** — The diaphragm that sets the air in motion to create a sound wave in a direct-radiator loudspeaker. Usually it is conical in shape.

**cone breakup** — The inability of a speaker cone to work as a piston at high frequencies, the effect being that the cone is not under the complete control of the voice coil, certain parts of it moving in opposition to other parts like a rippled rope. Responsible for uneven frequency response.

**cone of nulls** — A conical surface formed by directions of negligible radiation.

**cone of silence** — An inverted cone-shaped space directly over the aerial towers of some radio beacons. Within the cone, signals cannot be heard or will be greatly reduced in volume.

**conference call** — A telephone call that interconnects three or more telephones and permits all parties to converse at random.

**confetti** — Flecks or streaks of color caused by tube noise in the chrominance amplifier. Because of its colors, confetti is much more noticeable than snow in a black-and-white picture. The chrominance amplifier is therefore cut off during a monochrome program.

**confidence** — 1. The likelihood, expressed as a percentage, that a measurement or statement is true. 2. The degree of assurance that the stated failure rate has not been exceeded.

**confidence factor** — The percentage figure expressing confidence level.

**confidence interval** — A range of values believed to include, with a preassigned degree of confidence, the true characteristic of the lot.

**confidence level** — 1. The probability (expressed as a percentage) that a given assertion is true or that it lies within certain limits calculated from the data. 2. A degree of certainty.

**confidence limits** — Extremes of a confidence interval within which there is a designated chance that the true value is included.

**configuration** — 1. The relative arrangement of parts (or components) in a circuit. 2. A listing of the names and/or serial numbers of the assemblies that make up an equipment. 3. The hardware and/or software making up a system. 4. Combination of computer and peripheral devices at a single installation. 5. A general-purpose computer term that can refer to the way a computer is set up. It is also used to describe the total combination of hardware components that make up a computer system and the software settings that allow various hardware components of a computer system to communicate with one another.

**configuration file** — A file that contains information on the way a system is set up.

**configure** — The act of changing software or hardware actions by changing the settings in a computer.

**confocal resonator** — A wavemeter for millimeter wavelengths. It consists of two spherical mirrors that face each other; a change in the spacing between the mirrors affects the propagation of electromagnetic energy between them, making possible direct measurement of free-space wavelengths.

**conformal coating** — 1. A thin nonconductive coating, either plastic or inorganic, applied to a circuit for environmental and/or mechanical protection. 2. A protective coating applied to completed printed circuit boards that conforms to the shape of the components and provides complete electrical as well as environmental insulation.

**conformance error** — The deviation of a calibration curve from a specified curve line.

**confusion jamming** — An electronic countermeasure by means of which a radar may detect a target, but the radar operator is denied accurate data regarding range, azimuth, and velocity of the target. This result is accomplished through amplification and retransmission of an incident radar signal with distortion to create a false echo. Also called deception jamming.

**confusion reflector** — A device that reflects electromagnetic radiation to create echoes for purposes of causing confusion of radar, guided missiles, and proximity fuses.

**congestion** — A condition in which the number of calls arriving at the various inputs of a communications network are too many for the network to handle at once and are subject to delay or loss. (The concept applies in an analogous way to any system in which arriving traffic can exceed the number of servers.)

**conical horn** — A horn whose cross-sectional area increases as the square of the axial length.

**conical scanning** — A form of scanning in which the beam of a radar unit describes a cone, the axis of which coincides with that of the reflector.

**conjugate** — Either of a pair of complex numbers that are mutually related in that their real parts are identical and the imaginary part of one is the negative of the imaginary part of the other, that is, if $a = x + iy$, then $a = x - iy$ is its conjugate.

**conjugate branches** — Any two branches of a network in which a driving force impressed on one branch does not produce a response in the other.

**conjugate bridge** — A bridge in which the detector circuit and the supply circuits are interchanged, compared with a normal bridge.

**conjugate impedance** — An impedance whose value is the conjugate of a given impedance. For an impedance associated with an electric network, the conjugate is an impedance with the same resistance component as the original and a negative reactive component.

**conjugate matching** — A condition of source- and loading-impedance matching in which the source impedance and the load impedance have equal resistive parts and equal reactance values with opposite signs. This results in maximum power transfer.

**connected** — A network is connected if, between every pair of nodes of the network, there exists at least one path composed of branches of the network.

**connecting block** — A cable-termination block in which access to circuit connections is available.

**connection** — 1. The attachment of two or more component parts so that conduction can take place between them. 2. The point of such attachment.

**connection diagram** — 1. A diagram showing the electrical connections between the parts that make up an apparatus. 2. A pattern illustrating the connections needed to place an electronic system in operation when such a system includes one or more assemblies, power supplies, and devices being controlled.

**connector** — 1. A coupling device that provides an electrical and/or mechanical junction between two cables, or between a cable and a chassis or enclosure. 2. A device that provides rapid connection and disconnection of electrical cable and wire terminations. 3. A

of an amplifier or transmission line when the source is disconnected.

**input impedance of a transmission line** — The impedance between the input terminals with the generator disconnected.

**input offset current** — The difference between the input bias currents flowing into each input of an IC operational amplifier, when the output of the operational amplifier is at zero volts.

**input offset voltage** — That voltage which must be applied between the input terminals of an operational amplifier, through two equal resistances, to obtain zero output voltage.

**input/output** — Abbreviated I/O. 1. Pertaining to devices that accept data for transmission to a computer system (input) or that accept data from a computer system for transmission to a user or process. Devices that perform both functions are known as I/O devices (e.g., terminals). 2. A general term for the peripheral devices used to communicate with a digital computer, and the data involved in the communication. 3. The process of transmitting information from an external source to an equipment unit, or from an equipment unit to an external source. 4. Transferring information from an input to an accumulator, or from an accumulator to an output. 5. Interface circuits or devices offering access between external circuits and the central processing unit or memory.

**input-output bound** — *See* input-output limited.

**input/output connector** — A mating pair of connectors used to carry signals into and out of a panel-mounted subsystem. An example is a connector pair that interconnects the individual back panels in a large array of panels.

**input-output limited** — Also called input-output bound. Pertaining to a system or condition in which the time taken by input and output operations exceeds the time for other operations.

**input pins** — The terminals of the device to which input logic signals may be applied.

**input-power rating** — Also called coil rating. A statement of the allowable voltage, current, or power to the actuating element of a relay beyond which unsatisfactory performances will occur.

**input process** — 1. The process in which a device receives data. 2. The transmission of data from peripheral equipment or external storage to internal storage.

**input recorder** — Any device that makes a record of an input electrical signal.

**input reflected current** — In dc-dc converters, the peak-to-peak ac current generated by the switching transients. The value of this current should not exceed 1 percent of the nominal input current.

**input reflected ripple** — A dc-dc converter term that describes the voltage spike resulting from switching generated transient currents as measured at the dc input source.

**input register** — In a computer, the register of internal storage able to accept information from outside the computer at one speed and supply the information to the computer calculating unit at another, usually much greater, speed.

**input resistance** — Also called differential input resistance. The small signal resistance measured between the inverting and noninverting inputs of an operational amplifier. Input capacitance is the capacitance seen between the same two inputs.

**input resonator** — The buncher resonator in a velocity-modulated tube. It modifies the velocity of the electrons in the beam.

**input sensitivity** — The input signal level that will result in rated output of a piece of amplifying equipment. In preamplifiers, it is the signal that gives the rated voltage output of the preamplifier; in power amplifiers, the signal that gives the rated power output. (In preamplifiers, the phono sensitivity is commonly 1 millivolt; high-level inputs, such as tape and tuner, are commonly 250 millivolts. In power amplifiers, common values are between 0.5 and 1.0 volt.)

**input transformer** — A transformer that transfers energy from an alternating-voltage source to the input of a circuit or device. It usually provides the correct impedance match as well.

**input uncertainty** — In an operational amplifier, the algebraic sum of all the factors, including environmental and time effects, that contribute to the nonideal behavior of the input circuit.

**input unit** — In a computer, the unit that takes information from outside the computer into the computer.

**input voltage drift** — The change in output voltage of an operational amplifier divided by the open-loop gain, the quotient expressed as a function of temperature or time.

**input voltage offset** — The dc potential difference between the two inputs of a differential amplifier when the potential difference between the output terminals is zero.

**input winding** — *See* signal winding.

**inquiry** — 1. The withdrawal of stored information from an electronic data processing system by interrogating the contents of the storage of a computer. 2. A technique for initiating the interrogation of the contents of the storage of a computer.

**inquiry station** — A remote terminal from which an inquiry may be sent over a wire line to a computer.

**inquiry unit** — A device used to extract a quick reply to a random question regarding information in a computer storage.

**inrush** — The initial surge of current through a load when power is first applied. Lamp loads, inductive motors, solenoids, contactors, valves, and capacitive load types all have inrush or surge currents higher than the normal running or steady-state currents. Resistive loads, such as heater elements, have no inrush.

**inrush current** — 1. The current in a load circuit immediately following turn-on. In capacitive and tungsten-lamp loads, this exceeds steady-state current for some period following turn-on. 2. In a solenoid or coil, the steady-state current drawn from the line with the armature in its maximum open position.

**inrush current limiting** — Protective circuit in a power supply that prevents excessively large currents through a rectifier to charge the filter capacitors. To prevent unnecessary power loss, the circuit is usually inhibited after the capacitors attain full charge.

**insert core** — An iron core used generally for adjusting an inductor to respond to a fixed frequency. It consists of a threaded metal insert molded or cemented into one or both ends of the core.

**insert earphones** — Small earphones that fit partially inside the ear.

**insertion delay** — Also called inherent delay, intrinsic delay, and propagation delay. The interval for a circuit or instrument to respond with an output after being triggered either internally or externally. It is usually implied that the numerically expressed period is an irreducible minimum.

**insertion force** — 1. Of a connector, the force needed to fully engage a connector plug and receptacle. Depending on the number, arrangement, and size of the contact pins, in addition to the strength of the springs,

**light source power**—The electrical power used to stimulate any light source. Power supplies may be step-up or stepdown transformers; rectifiers to convert ac to dc; ammeters and voltmeters to observe the input to the source; and regulators and variable resistors, for maintaining constancy of input.

**light-spot scanner**—Also called a flying-spot scanner. A television camera in which the source of illumination is a spot of light that scans the scene to be televised. The picture signal is generated in a phototube, which picks up light either transmitted through the scene or reflected from it.




*Light-spot scanner.*

**light valve**—A device whose light transmission can be varied in accordance with an externally applied electrical quantity such as voltage, current, an electric or magnetic field, or an electron beam.

**lightwave communications**—Also called optical communications. 1. In fiber optics communications, using light, instead of an electric current, to carry the information. 2. That aspect of communications and telecommunications devoted to the development and use of equipment that uses electromagnetic waves in or near the visible region of the spectrum for communication purposes. Lightwave communication equipment includes sources, modulators, transmission media, detectors, converters, integrated optic circuits, and related devices, used for generating and processing light waves. The term *optical communications* is oriented toward the notion of optical equipment, whereas the term *lightwave communications* is oriented toward the signal being processed.

**light-year**—1. The distance traveled by light in one year, or about 5,880,000,000,000 miles or 9,500,000,000,000 km, roughly 6 trillion miles (9.5 trillion kilometers). A parsec (parallax second) is equal to 3.26 light-years. Both are units of distance, not time.

**limit bridge**—A form of Wheatstone bridge used for rapid routine production testing. Conformity with tolerance limits, rather than exact value, is determined.

**limit cycle**—A mode of control system operation in which the controlled variable cycles between extreme limits, with the average near the desired value.

**limited continuous word/speech**—Voice recognition capability for certain sets of words uttered without pause (typically digits such as part numbers or postal zip codes), which can be trained into user-programmable voice equipment designed with proper recognition processing algorithms.

**limited signal**—In radar, a signal that is intentionally limited in amplitude by the dynamic range of the system.

**limited space-charge accumulation**—A mode of oscillation for gallium arsenide diodes.

**limited space-charge accumulation diode**—*See* LSA diode.

**limited stability**—The property of a system that remains stable only as long as the input signal falls within a particular range.

**limiter**—1. A device in which some characteristic of the output is automatically prevented from exceeding a predetermined value—e.g., a transducer in which the output amplitude is substantially linear (with regard to the input) up to a predetermined value and substantially constant thereafter. 2. A radio-receiver stage or circuit that limits the amplitude of the signals and hence keeps interfering noise low by removing excessive amplitude variations from the signals. 3. A device that reduces the intensity of very short duration peaks (transient peaks) in the audio signal without audibly affecting dynamic range. 4. A feedback element that acts to restrain a variable by modifying or replacing the function of the primary element when predetermined conditions have been reached.




*Limiter action.*

**limiting**—The restricting of the amplitude of a signal so that interfering noise can be kept to a minimum.

**limiting resolution**—In television, the number of TV lines per picture height that can just be resolved by visual inspection of a televised pattern. Wedge patterns are often used for this subjective test. These charts include five areas (center and four corners) for resolution measurement. Each area includes two identical sets of mutually orthogonal wedge patterns calibrated (up to 16) in hundreds of TV lines per picture height. 2. The details that can be distinguished on the television screen. Vertical resolution refers to the number of horizontal black and white lines that can be resolved in the picture height. Horizontal resolution refers to the black and white lines resolved in a dimension equal to the vertical height and may be limited by the video amplifier bandwidth.

**limit of error**—An accuracy index that indicates the expected maximum deviation of the measured value from the true value if all of the factors causing deviations act simultaneously and in the same direction.

**limit ratio**—The ratio of peak value to limited value.

**limits**—The minimum and maximum values specified for a quantity.

**limit switch**—1. A mechanically operated contact-making or contact-breaking device mounted in the path of a moving object and actuated by its passage. 2. An electromechanical device that uses changes in mechanical motion to control electrical circuits. It functions as the interlocking link between a mechanical motion and an electrical circuit. 3. A switch that is actuated by some part or motion of a machine or equipment to alter the electrical circuit associated with it.




*Oscilloscope.*

of the instrument, the vertical deflection is a signal voltage and the horizontal deflection is a linear time base. 2. A cathode-ray tube with attendant amplifiers and control circuits for measuring and studying the waveforms of small currents and voltages. A CRT oscilloscope is particularly convenient for studying repetitive phenomena, but a tube with a long-delay phosphor can be used to analyze a single electrical pulse. An oscilloscope equipped with a camera (often of the instant type) becomes an oscillograph. 3. An electronic window that displays variations of voltage at any point in a circuit by displaying in graphic form on its screen the actual waveform of voltage plotted against time. In addition, an oscilloscope serves as an accurate ac/dc voltmeter and time-period counter. The typical scope is made up of five major interrelated parts: vertical amplifier section, horizontal amplifier section, sweep and synchronization circuits, picture tube (cathode-ray tube or CRT), and power supply. The electron beam strikes the fluorescent screen of the cathode-ray tube and temporarily produces a visible pattern or waveform of some fluctuating electrical quantity such as voltage. The pattern is employed to reveal the detailed variations in rapidly changing electric currents, potentials, or pulses.

**oscilloscope differential amplifier** — A device that amplifies and displays the voltage difference that exists at every instant between signals applied to its two inputs.

**oscilloscope tube** — Also called oscillograph tube. A cathode-ray tube that produces a visible pattern that is the graphical representation of electric signals. The pattern is seen as a spot or spots, which change position in accordance with the signals.

**OSHA** — Acronym for Occupational Safety and Health Act. A federal law that specifies the requirements an employer must follow in order to guard against employee illness and injury.

**OSI** — Abbreviation for Open Systems Interconnection. A layered architecture designed to permit interconnection between heterogeneous computer systems. Also, the international protocol for communications in a multiple-vendor environment.

**OSO** — Abbreviation for Orbiting Solar Observatory.

**O-type backward-wave oscillator** — A wide-band, voltage-tunable microwave oscillator that uses a fundamental or space harmonic with phase and group velocity of different signs.

**outage** — 1. Loss of signal in a channel, usually the result of a dropout or a hit. 2. Status of equipment when it is out of service. Outages are termed *forced* when due to undesired occurrences, and *planned* when prescheduled, as for routine maintenance.

**outconnector** — In a flowchart, a connector indicating a point at which a flowline is broken to be continued at another point.

**outdoor antenna** — A receiving antenna located on an elevated site outside a building.

**outdoor transformer** — A transformer of weatherproof construction.

**outer marker** — In an instrument landing system, a marker located on a localizer course line at a recommended distance (normally about 4½ miles or 7.2 km) from the approach end of the runway.

**outgas** — The release of gas from a material over a period.

**outgassing** — 1. A phenomenon in which a substance in a vacuum spontaneously releases absorbed and occluded constituents as vapors or gases. 2. De-aeration or other gaseous emission from a printed board assembly (printed board, component, or connector) when exposed to a reduced pressure or heat, or both.

**outlet** — 1. The point where current is taken from a wiring system. 2. Convenience receptacle used for supplying power in the home, shop, or laboratory from power-company mains. 3. A point on the wiring system that can be tapped to provide electrical current for appliances or lights.

**outlet box** — Metal box that houses a switch or receptacle.

**outline drawing** — A drawing showing approximately overall shape, but no detail.

**out of phase** — 1. Two or more waveforms that have the same shape, but do not pass through corresponding values at the same instant. 2. Relationship between periodic waves of the same frequency, but which do not pass through their maximum and minimum (or other corresponding) values at the same instant.

**out-of-service jack** — A jack, associated with a test jack, into which a shorted plug may be inserted to remove a circuit from service.

**outphaser** — In electronic organs, a circuit that changes a sawtooth wave to something approaching a square wave by adding to the sawtooth a second sawtooth of twice the frequency and half the amplitude in reverse phase, thus canceling the even harmonics.

**outphasing** — In electronic organs, a term applied to a method sometimes used for producing certain voices. Special circuitry, placed between the keying-system output and the formant filters, either adds or subtracts harmonics or subharmonics of the tone-generator signal.

**output** — 1. The current, voltage, power, or driving force delivered by a circuit or device. 2. The terminals or other places where the circuit or device may deliver the current, voltage, power, or driving force. 3. Information transferred from the internal to the secondary or external storage of a computer. 4. The electrical quantity produced by a transducer, which is a function of the measurand. 5. The useful energy delivered by a circuit or device. 6. In logic circuits, frequently used to mean a change in condition between conducting and nonconducting. (It is like calling the coil of a relay the input and the contacts the output.) 7. The signal level at the output of an amplifier or other device. 8. A port or set of terminals at which a system or component delivers useful energy or a useful signal. Also the energy or signal delivered. The useful signal delivered by a recorder using a particular type of tape, usually at an arbitrarily fixed level of harmonic distortion (1 or 3 percent) and relative to the performance of a tape with standard characteristics. 9. The transfer of information from an information process. 10. The act of providing information from a device to the outside world. Generally accompanied by a device that inputs the information being output by the first device.

**output amplifier** — A circuit that energizes high-power-level devices upon application of a low-power-level input signal.

**power dissipation rating** — The maximum average power that can be continuously dissipated under stated temperature conditions.

**power divider** — 1. A device that provides a desired distribution of power at a branch point in a waveguide system. 2. A passive resistive network that equally divides power applied to the input port between any particular number of output ports without substantially affecting the phase relationship or causing distortion.

**power driver** — An amplifier with two outputs that can be used to drive a pair of complementary power transistors. The output power available from these transistors can be very high. An ordinary operational amplifier is not very suitable for use as a power driver, since only one output is available and this cannot be used easily to drive the power transistors, which require a bias difference between their input for low crossover distortion.

**power dump** — Also called dump. The removal of all power either accidentally or intentionally.

**power factor** — 1. Ratio of the actual power of an alternating or pulsating current, as measured by a wattmeter, to the apparent power, as indicated by an ammeter and voltmeter. 2. Ratio of resistance to impedance; therefore, a measure of the loss in an inductor, capacitor, or insulator. 3. The cosine of the phase angle between the voltage applied to a load and the current passing through it. (Sometimes the cosine is multiplied by 100 and expressed as a percentage.) 4. The ratio of actual power being used in a circuit, expressed in watts or kilowatts, to the power that is apparently being drawn from the line, expressed in voltamperes or kilovoltamperes. Actual power is working, or real or true, power used to produce heat or work. Apparent power is the product of volts times amperes, and may or may not be more than the actual power. When the two values are equal, their ratio is 1 : 1, or 1.0, or 100 percent. This is the highest power factor (unity) that can be obtained.

**power-factor correction** — Adding capacitors to an inductive circuit in order to increase the power factor by making the total current more nearly in phase with the applied voltage.

**power-factor meter** — A direct-reading instrument for measuring power factor. Its scale is graduated directly in power factor.

**power-factor regulator** — A regulator that maintains the power factor of a line or apparatus at a predetermined value, or varies it according to a predetermined plan.

**power-factor relay** — A device that operates when the power factor in an ac circuit becomes above or below a predetermined value.

**power-fail circuit** — A logic circuit that protects an operating program if primary power fails. A typical power-fail circuit informs the computer when power failure is imminent, initiating a routine that saves all volatile data. After power has been restored, the circuit initiates a routine that restores the data and restarts computer operation.

**power foldback** — Reduction of the power input to a power supply under fault conditions to less than the full rate input power under normal conditions.

**power frequency** — The frequency at which electric power is generated and distributed. Throughout most of the United States, this frequency is 60 Hz.

**powerful** — Usually refers either to a computer with a lot of memory or a lot of processing speed (a personal computer with 256 K RAM is powerful) or to a program with an unusual versatility (a spreadsheet is a powerful business tool).

**power gain** — Abbreviated pg. Also called power amplification. 1. The ratio of the signal power developed at the output(s) of a device to the signal power applied at the input(s). 2. Of an antenna in a given direction, $4\pi$ times the ratio of the radiation intensity to the total power delivered to the antenna. (The term is also applied to receiving antennas.)

**power ground** — 1. The ground between units that is part of the circuit for the main source of power to or from these units. 2. The potential of the terminal or circuit point to which the output of a power supply and often an amplifier output load is returned (i.e., power-supply "zero").

**power-handling capability** — 1. A measure of the maximum power input a speaker can absorb without damage or unreasonable distortion. In speaker systems the power-handling capacity will vary depending on the frequency and length of time the signal is applied. 2. The maximum power rating of a component, which determines how much current can be passed safely without adverse effects.

**power IC** — A monolithic integrated circuit that combines, on the same chip, signal-level digital logic and analog functions, for signal processing or interface, with one or more output power devices. The power IC is essentially an extension of the prevalent small-signal integrated circuit concept. A power IC is more specifically defined as a single-chip circuit that operates at 2 or more amperes and/or 2 or more watts.

**power keys** — A computer interface in which certain simple key-stroke combinations perform the same function as opening a pull-down menu and then selecting an entry.

**power level** — At any point in a transmission system, the difference between the measure of the steady-state power at that point and the measure of an arbitrarily specified amount of power chosen as a reference.

**power-level indicator** — An ac voltmeter calibrated to read audio power level.

**power line** — Two or more wires conducting electric power from one location to another.

**power-line transient** — *See* PLT.

**power loss** — Also called power attenuation. 1. Ratio of the power absorbed by the input circuit of a transducer to the power delivered to a specified load under specified operating conditions. 2. Also called watt loss. In the circuit of an instrument for measuring current or voltage, the active power at its terminals for nominal full-scale indication. For other instruments, for example, wattmeters, the power loss is expressed at a stated value of current or voltage.

**power modulation factor** — Ratio of the maximum positive departure of the envelope of an amplitude-modulation wave from its average value to its average value. This rating is used when the modulating signal wave has unequal positive and negative peaks.

**power output** — 1. The power in watts delivered by a power amplifier to a load such as a speaker. 2. Amplifier power measured with all channels operating, after a standard preconditioning period that brings amplifier components to their maximum working temperature.

**power output (continuous watts)** — In an amplifier, the power output at a total maximum harmonic distortion of 0.5 percent with a pure-tone (sine-wave) input.

**power pack** — A unit for converting power from an alternating- or direct-current supply into alternating- or direct-current power at voltages suitable for supplying the proper operating power to an electronic device.

**power programmer** — A device for controlling the output power of a radar automatically as a function of the target range.

**power rating** — The maximum power that can be dissipated in a component or device for a specified period.

**servo noise** — The hunting of the tracking servomechanism of a radar as a result of backlash and compliance in the gears, shafts, and structures of the mount.

**servo oscillation** — An unstable condition in which the load tends to hunt back and forth about the ordered position.

**servo system** — An automatic control system for maintaining a condition at or near a predetermined value by activation of an element such as a control rod. It compares the required condition (desired value) with the actual condition and adjusts the control element in accordance with the difference (and sometimes the rate of change of the difference).

**servo techniques** — Methods of studying the performance of servomechanisms or other control systems.

**servovalve** — Electrohydraulic flow control. An electrical-input, fluid-control valve capable of continuous control.

**sesquisideband transmission** — A system in which the carrier, one full sideband, and half of the other sideband are transmitted.

**set** — 1. To place a storage device in a prescribed state that is opposite to the reset state. 2. To place a binary cell in the 1 state. 3. A permanent change, attributable to any cause, in a given parameter. 4. *See* equipment. 5. Pertaining to a flip-flop input used to affect the Q output. Through this input, signals can be entered to change the Q output from 0 to 1. It cannot be used to change Q to 0. Opposite of clear. 6. An input to a binary counter or register that forces all binaries to assume the maximum binary state. 7. To place a binary device into a given logic state, usually the 1 state.

**set analyzer** — A test instrument designed to permit convenient measurement of voltages and currents.

**set breakpoint** — A user debug command that causes the setting of a breakpoint in a specified memory location. At program execution, encountering this breakpoint causes temporary program suspension and a transfer of control to the system debug routine. *See* breakpoint.

**set composite** — A signaling circuit in which two signaling or telegraph legs may be superimposed on a two-wire interoffice trunk by means of one of the balanced pairs of high-impedance coils connected to each side of the line with an associated capacitor network.

**set input** — An asynchronous input to a flip-flop used to force the Q output to its high state.

**set noise** — Inherent random noise caused in a receiver by thermal currents in resistors and by variations in the emission currents of vacuum tubes.

**set point** — In a feedback control loop, the point that determines the desired value of the quantity being controlled.

**set pulse** — A drive pulse that tends to set a magnetic cell.

**set-reset flip-flop** — A standard flip-flop except that if both the set and reset inputs are a 1 at the same time, the flip-flop will assume a prescribed state.

**set terminal** — The flip-flop input terminal that triggers the circuit from its first state to its second state.

**setting accuracy** — The ability to set a knob, switch, or other adjustment to the desired time delay, speed, light, sound, or other parameter. Normally specified in percent of maximum or at set point.

**settling time** — 1. The time interval, following the initiation of a specified stimulus to a system, required for a specified variable to enter and remain within a specified narrow band centered on the final value of the variable. 2. In an operational amplifier, the interval between the time of application of an ideal step input and the time at which the closed-loop amplifier output enters and remains within a specified band of error, usually symmetrical about the final value. Settling time includes a propagation delay and the time needed for the output to slew to the vicinity of the final value, recover from the overload condition associated with slewing, and settle within the specified error range. 3. In a feedback control system, the time required for an error to be reduced to a specified fraction, usually 2 percent or 5 percent, of its original magnitude. 4. The time required for the output frequency of a voltage- or current-tuned oscillator to change from the initial value to within a specified window around the final value in response to a voltage or current stop on the tuning input port. 5. The period required for a digital multimeter's input circuits to reach a steady-state condition before analog-to-digital conversion is started. There are actually three settling times to evaluate. They are the settling time required with an input step change when operating in a fixed range, the settling time required with a range change, and the settling time required with a function change, such as a switch in measurement from ac to dc volts. 6. Time necessary for a multiplexer's output to be within a certain error percentage of the input signal once the channel is selected, or turned on. It may be specified as either the semiconductor switch's switching time plus analog output settling time, or an analog output settling time alone. 7. The time delay between a change of input-signal value and the resultant change in the output signal. Usually expressed in terms of how long it takes the output to arrive at, and remain within, a certain error band around the final value. Often given for several different magnitudes of input-step change. 8. The time required for an amplifier to approach within a percentage of its final steady state value after the application of a step input. It can be specified as 1 percent, 0.1 percent, or 0.01 percent. 9. The elapsed time after a code transition for DAC output to reach a final value within specified limits, usually $\pm 1/2$ lsb. 10. The time elapsing between the start of a measurement and the instant that the indicator reaches, and remains within, a certain percentage of the final measured value (typically $\pm 1$ percent).




*Settling time.*

**set-top unit** — Abbreviated STU. Typically refers to the unit/device that sits on top of a television for current cable TV reception. Also refers to digital set-top units, which accept digital media and sometimes support interactivity.

**setup** — 1. The ratio of the difference between black level and blanking level to the difference between reference white level and blanking level, usually expressed in