# Exhibit E

A Dictionary of

# Electronics and Electrical Engineering

FIFTH EDITION

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford, OX2 6DP,
United Kingdom

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide. Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

© Market House Books Ltd 1979, 1988, 1998, 2005, 2018

The moral rights of the authors have been asserted

First edition by Penguin 1979
Second edition 1988
Third edition 1998
Fourth edition 2005
Fifth edition published by Oxford University Press 2018

Impression: 1

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, by licence or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this work in any other form
and you must impose this same condition on any acquirer

Published in the United States of America by Oxford University Press
198 Madison Avenue, New York, NY 10016, United States of America

British Library Cataloguing in Publication Data
Data available

Library of Congress Control Number: 2017961530

ISBN 978-0-19-872572-5

Printed in Great Britain by
Clays Ltd, Elcograf S.p.A

Links to third party websites are provided by Oxford in good faith and for information only. Oxford disclaims any responsibility for the materials contained in any third party website referenced in this work.

**power control** A technique to extend the battery life of portable mobile radio devices by controlling the transmit power, so that users close to a base station transmit much less power than users further away.

**power density (Poynting vector)** (symbol: $\boldsymbol{S}$) Of an electromagnetic wave, the power passing through unit area carried by the wave. If the electric and magnetic fields in the wave are $\boldsymbol{E}$ and $\boldsymbol{H}$ respectively (both vector quantities), then the power density is equal to the vector product of the fields:

$$\boldsymbol{S} = \boldsymbol{E} \times \boldsymbol{H}$$

It is measured in watts per square metre. For a *harmonic wave (with $\boldsymbol{E}$ and $\boldsymbol{H}$ both harmonic), a more often quoted value is the average power density, $\boldsymbol{S}_{av}$, which is given by

$$\boldsymbol{S}_{av} = ½\mathscr{R}(\boldsymbol{E} \times \boldsymbol{H}^*)$$

where $\mathscr{R}$ indicates the real rather than imaginary value, and $\boldsymbol{H}^*$ is the complex conjugate of $\boldsymbol{H}$.

**power efficiency** The ratio of the energy output to energy input under a specified set of operating conditions. The term is especially applied to an electroacoustic transducer, such as a loudspeaker. The inverse of the power efficiency is the **power loss** of the device.

**power factor** The ratio of the actual power in watts developed by an a.c. system, as measured by a *wattmeter, to the apparent power indicated by *voltmeter and *ammeter readings and usually measured in *volt-amperes (VA) rather than watts. If the voltage and current are sinusoidal the power factor, $P/VI$, is equal to the cosine of the *phase angle between them. The power factor is also equal to the ratio of the *resistance, $R$, to the *impedance, $Z$, and thus indicates the dissipation in an *insulator, *inductor, or *capacitor.

P

**power frequency** The frequency at which domestic and industrial mains electricity is supplied and distributed. In Europe the standard value is 50 hertz; in the US it is 60 hertz.

**power line** *See* TRANSMISSION LINE.

**power loss** *See* POWER EFFICIENCY.

**power pack** A device that converts power from an a.c. or d.c. supply, usually the *mains, into a form that is suitable for operating electronic devices.

**power saving** An operational mode in which a device that is idle or has a light workload takes measures to reduce its *power consumption. There are two main approaches: to slow down the operating clock frequency, which reduces power requirements; and to remove the power voltage completely from subparts of the device not currently required. Examples are *smartphones or laptops going into sleep mode, or a computer display being dimmed or switched off when there has been no user activity for a period of time.

**power station (generating station)** A complete assembly consisting of all necessary plant, equipment, and buildings at a suitable site for the conversion of energy of one type, such as thermal or nuclear energy, into electrical power.