# Exhibit F

boost

Dictionary Thesaurus

# boost 1 of 2 verb

ˈbüst

**boosted; boosting; boosts**

Synonyms of *boost* >

*transitive verb*

**1** **:** to push or shove up from below

*boosted* him up over the fence

**2** **:** **INCREASE**, **RAISE**

plans to *boost* production

an extra holiday to *boost* morale

**3** **:** to promote the cause or interests of **:** **PLUG**

a campaign to *boost* the new fashions

**4** **:** to raise the voltage of or across (an electric circuit)

**5** **slang** **:** **STEAL**, **SHOPLIFT**

**6** **:** to administer a booster shot to

The U.S. Food and Drug Administration (FDA) recently authorized the practice of *boosting* people with a shot that's different from their primary series.

<

Dictionary Thesaurus

**slang** : SHOPLIFT

# boost 2 of 2 noun

**1** : a push upward

gave her a *boost* into the saddle

**2** : an act that brings help or encouragement : ASSIST

an innovation that has been a *boost* to the entire industry

**3** : an increase in amount

a *boost* in prices

**Verb**

heave heft

hoist jack (up)

connected

Dictionary Thesaurus

AT&T fiber
Get straightforward pricing with AT&T Fiber®
and live like a GIGillionaire℠

# connected adjective

con·nect·ed kə-ˈnek-təd

Synonyms of *connected* >

1 : joined or linked together

2 : having the parts or elements logically linked together

presented a thoroughly *connected* view of the problem

3 : related by blood or marriage

4 : having social, professional, or commercial relationships

a well-*connected* lawyer

5 **of a set** : having the property that any two of its points can be joined by a line completely contained in the set

*also* : incapable of being separated into two or more closed disjoint subsets

**adverb**

**noun**

power factor

Dictionary Thesaurus

How doers get more done.
$30.29
$139.00 $199.00 $19.95 $39.98

# power factor noun

: the ratio of the mean actual power in an alternating-current circuit measured in watts to the apparent power measured in volt-amperes, being equal to the cosine of the phase difference between electromotive force and current

## Love words?

You must — there are over 200,000 words in our free online dictionary, but you are looking for one that's only in the Merriam-Webster Unabridged Dictionary.

Start your free trial today and get unlimited access to America's largest

AT&T fiber
No price increase at 12 months
No equipment fees
No data caps

module

Dictionary Thesaurus




# module noun

mod·ule ˈmä-(ˌ)jül

1 : a standard or unit of measurement

2 : the size of some one part taken as a unit of measure by which the proportions of an architectural composition are regulated

3 a : any in a series of standardized units for use together: such as

(1) : a unit of furniture or architecture

(2) : an educational unit which covers a single subject or topic

b : a usually packaged functional assembly of electronic components for use with other such assemblies

the subwoofer *module*

4 : an independently operable unit that is a part of the total structure of a space vehicle

5 a : a subset of an additive group that is also a group under addition

b : a mathematical set that is a commutative group under addition and that is closed under multiplication which is distributive from the left or right or both by elements of a ring and for which $a(bx) = (ab)x$ or $(xb)a = x(ba)$ or both where $a$ and $b$ are elements of the ring and $x$ belongs to the set

Storage fees are the *worst*.
That's why we *don't* have them.
Get Filev