# Exhibit G

WIKIPEDIA
The Free Encyclopedia

# Glossary of electrical and electronics engineering

This **glossary of electrical and electronics engineering** is a list of definitions of terms and concepts related specifically to electrical engineering and electronics engineering. For terms related to engineering in general, see Glossary of engineering.

## A

**AC adapter**
An external power supply for portable devices that allows them to operate from wall-socket electricity.

**AC power plugs and sockets**
Electrical connectors used with alternating current.

**AC power**
Electric power where the current reverses direction periodically.

**AC/AC converter**
A power converter where the input and output are both alternating current, but may differ in frequency or other characteristics.

**AC/DC receiver design**
A radio receiver that can operate from either alternating current or direct current wall socket power.

**AC/DC conversion**
Rectification of AC current, so that current flows in only one direction.

**active rectification**
A circuit where rectifier devices are externally controlled to change AC to current flowing in one direction.

**actuator**
An end device of a control system, that manipulates a physical variable such as a valve opening or position of a machine part.

**adaptive control**
A control strategy where parameters are adjusted as the controlled process changes.

**additive white Gaussian noise**
A noise model that is used in telecommunications to model the effects of various random processes.

**adjustable-speed drive**
Control for a motor that allows more than one speed to be selected.

**advanced Z-transform**
A mathematical technique used to model and analyze digital systems.

**affinity laws**
Mathematical formulas that relate the speed, flow, and diameter of pumps, fans, blowers, and turbines, useful for predicting output under varying conditions.

**agbioeletric**

A type of microwave amplifier vacuum tube.

**crosstalk**
: Objectionable presence of a signal from one circuit in another circuit sharing the same transmission path, such as a cable.

**crystal oscillator**
: An electronic oscillator whose frequency is stabilized by a piezoelectric crystal resonator element.

**Ćuk converter**
: One kind of buck-boost voltage converter that uses a capacitor as an energy storage element.

**current**
: The movement of electric charge.

**current density**
: The current flowing per unit area of a conductor.

**current source inverter**
: A type of power inverter where an inductor tends to keep a constant current flowing in the inverter stage.

**current source**
: In circuit theory, an element that produces a defined current independent of the connected circuit properties.

**current transformer**
: An instrument transformer used for measuring current in AC power systems.

**current-to-voltage converter**
: A transducer that produces an output voltage in response to an input current.

**cybernetics**
: The science of automatic control systems.

**cycloconverter**
: A type of variable-frequency power converter that does not first convert AC to DC.

# D

**damping ratio**
: A parameter that indicates how rapidly oscillations in a system die out, if ever.

**Darlington transistor**
: An interconnection of two transistors to provide a gain that is the product of the individual gains.

**data compression**
: Any technique that allows information to be transmitted more compactly than originally expressed, for example, codes.

**data networks**
: A network for interconnection of computers and peripherals.

**DC injection braking**
: A method of slowing an AC electric motor by passing direct current through its windings.

**DC-to-DC converter**
: A circuit that takes power from a DC source and generates a different DC voltage.

**degaussing**
: The process of reducing the residual magnetic field in a metallic object, such as a ship.

**delay line**
: A circuit component that introduces a delay in a signal.