Jamil N. Alibhai (admitted *pro hac vice*)
jalibhai@munsch.com
Winston Oliver Huff (admitted *pro hac vice*)
whuff@munsch.com
Isabelle L. Hutchinson (admitted *pro hac vice*)
ihutchinson@munsch.com
MUNSCH HARDT KOPF & HARR PC
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Tel.: 214-855-7500

John D. van Loben Sels
jvanlobensels@thoits.com
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Tel.: 650-327-4200

*Attorneys for Defendant*
*Advanced Lighting Concepts, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

mate, LLC, an Oklahoma limited liability company,

Plaintiff,

v.

Advanced Lighting Concepts, LLC d/b/a Environmental Lights, a California limited liability company,

Defendant.

Case No.: 3:22-cv-01095-CAB-DEB

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Dept: 15A
Judge: Hon. Cathy Ann Bencivengo
Date: November 2, 2023
Per Chambers Rules, No Oral Argument Unless Separately Ordered by the Court

**TO THE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 2, 2023, or as soon thereafter as counsel may be heard before the Honorable Cathy Ann Bencivengo, United States District Court Judge, in Courtroom 15A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101,

Defendant Advanced Lighting Concepts, LLC d/b/a Environmental Lights ("EL") moves the Court for leave to file a confidential document under seal.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of EL's Motion to Stay filed herewith, all pleadings and documents on file in these matters, and upon such evidence and arguments as may properly come before the Court at the time of hearing.

Pursuant to Section VIII of the Court's Civil Case Procedures, Defendant Advanced Lighting Concepts, LLC ("EL") moves for leave to file under seal its (1) Reply In Support of EL's Motion to Stay Litigation Pending Inter Partes Review (the "Reply") in part; and (2) Exhibit A attached to the Reply, encompassing Plaintiff's Answers to Defendant's Second Set of Interrogatories (the "Responses"), in its entirety.

## I.     ARGUMENT

This proceeding is governed by a Protective Order (Dkt. 40). It provides: "[i]nformation designated "CONFIDENTIAL" must be viewed only by counsel . . . of the receiving party, by independent experts . . . , [and] by court personnel."[1] Moreover,

> No party may file any document under seal, except pursuant to a court order that authorizes the filing of the document, or portion of the document, under seal. A sealing order will issue only upon a showing that the information is privileged or protectable under the law. The party seeking to file under seal must limit its sealing request to the specific portion of the document that contains the confidential or privileged material.[2]

Pursuant to this Protective Order, Plaintiff mate, LLC ("mate") designated its Responses as "CONFIDENTIAL." Because a portion of these confidential Responses serves as evidence in EL's Reply, the Responses must be filed under seal. In addition, mate is unopposed to the filing of their Responses under seal.

Because the Protective Order restricts EL from making public or otherwise disclosing mate's designated information and mate does not oppose this motion, EL has shown "good cause" to seal the Responses, which are attached to a "non-dispositive motion." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). Accordingly, EL respectfully requests that the Court maintain the aforementioned Responses under seal, as well as the portions of the Memorandum that cite or refer to these documents.

---

[1] Dkt. 40 ¶ 9.

[2] Dkt. 40 ¶ 13.

## II.  CONCLUSION

For these reasons, EL respectfully moves for the its Reply and the Responses to be maintained under seal. EL separately and concurrently submits a proposed order to the Court in accordance with Civ. L.R. 79.2 and Section 2(h) of the Electronic Case Filing and Administrative Policies and Procedures Manual.

Dated: September 28, 2023              Respectfully submitted,

By: /s/ *Winston O. Huff*
John D. van Loben Sels
CASBN 201354
jvanlobensels@thoits.com

**THOITS LAW**
400 Main Street, Suite 250
Los Altos, CA 94022
Tel.:  650-327-4200

Jamil N. Alibhai (admitted *pro hac vice*)
jalibhai@munsch.com
Winston O. Huff (admitted *pro hac vice*)
whuff@munsch.com
Isabelle L. Hutchinson (admitted *pro hac vice*)
ihutchinson@munsch.com

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 4000
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR DEFENDANT
ADVANCED LIGHTING CONCEPTS, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for EL conferred with counsel for mate on September 27, 2023, regarding the relief requested in the foregoing motion and they indicated that Plaintiff is not opposed.

*/s/ Winston O. Huff*
Winston O. Huff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

1. Defendant Advanced Lighting Concepts LLC's Unopposed Motion for Leave to File Under Seal.

The participants listed below in the case who are "active" registered CM/ECF users will be served by the CM/ECF system:

Byron E. Ma
bma@buchelaw.com
John K. Buche
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
875 Prospect St., Suite 305
La Jolla, CA 92037
Tel.: (858) 459-9111

Shane Brunner
sabrunner@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Tel.: 608.257.3501
Fax.: 608.283.2275

Melanie J. Reichenberger
mjreichenberger@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
790 N Water Street, Suite 2500
Milwaukee, WI 53202
Tel.: 414.271.6560
Fax.: 414.277.0656

J. Ryan Gray
jrgray@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
4509 Creedmoor Road, Suite 501
Raleigh, NC 27612
Tel.: 984.220.8750
Fax.: 877.398.5240

Dated: September 28, 2023          /s/ *Winston O. Huff*
                                   Winston O. Huff