UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| mate, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Advanced Lighting Concepts, LLC, d/b/a Environmental Lights,<br><br>Defendant. | Case No.: 22-CV-1095-CAB-DEB<br><br>**ORDER DENYING MOTION TO FILE UNDER SEAL**<br><br>[Doc. No. 72] |

This matter is before the Court on Defendant's motion to file under seal. The motion seeks to file under seal Plaintiff's interrogatory responses solely on the ground that Plaintiff designated them as confidential pursuant to the protective order entered in this case. Because the motion does not comply with the Court's Civil Case Procedures[1], it is **DENIED**. Consistent with Section V. of the Court's procedures, if *Plaintiff* wants its discovery responses to be filed under seal in connection with Defendant's reply brief, *Plaintiff* bears the burden of moving for those responses to be filed under seal. Accordingly, on or before **October 11, 2023**, Plaintiff may file a motion to file under seal

---

[1] The motion references "Section VIII of the Court's Civil Case Procedures." No such section exists. Counsel is directed to Section V. of the Court's Civil Case Procedures, available at https://www.casd.uscourts.gov/judges/chambers-rules.aspx#undefined1, which governs requests to file under seal with respect to motions before Judge Bencivengo.

the discovery responses Defendant cites to and attaches to its reply brief. If no such motion is filed, the Court will deem Plaintiff's confidentiality designation to be waived, and Defendant may file an unredacted version of its reply, along with the exhibit thereto.

It is **SO ORDERED**.

Dated: October 4, 2023

Hon. Cathy Ann Bencivengo
United States District Judge