David Radulescu, Ph.D., david@radip.com
Etai Lahav, etai@radip.com
Andrew S. Brown, andy@radip.com
Bryon Wasserman, bryon@radip.com
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, NY 10001
Tel.: 646-502-5950

(additional counsel in signature block)

*Attorneys for Defendant Advanced Lighting Concepts, LLC d/b/a Environmental Lights*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| mate, LLC, an Oklahoma limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Advanced Lighting Concepts, LLC d/b/a Environmental Lights, a California limited liability company,<br><br>Defendant. | Case No.: 3:22-cv-01095-CAB-DEB<br><br>**DEFENDANT ENVIRONMENTAL LIGHTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[Filed Concurrently with Defendant's Motion to Compel Responses to EL's Interrogatories]<br><br>District Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Daniel E Butcher<br>Date: October 16, 2024<br>Courtroom: 2B |

Defendant Advanced Lighting Concepts, LLC d/b/a Environmental Lights ("Defendant" or "EL") hereby requests leave to file documents under seal pursuant to Civ. L.R. 79.2. EL requests leave to file under seal the following documents in connection with Motion to Compel Responses to EL's Interrogatories:

1. The following Exhibits to the Declaration of Bryon Wasserman:
   a. Exhibit 2, Plaintiff's Answers to Defendant's Third Set of Interrogatories, dated August 22, 2024.
   b. Exhibit 3, Plaintiff's Supplemental Answers To Defendant's Third Set Of Interrogatories, LLC, dated August 30, 2024.
2. Portions of Defendant Environmental Lights' Motion to Compel Responses to EL's Interrogatories ("Motion");

Defendant requests the Court's permission to file documents identified above under seal because the above-referenced documents, are, or cite, documents that have been designated by mate, LLC ("Plaintiff" or "mate") as "CONFIDENTIAL," "CONFIDENTIAL – FOR COUNSEL ONLY under the Protective Order (Doc. No. 40).

Particularly, Exhibits 2 and 3 are Interrogatory Responses that mate has designated "CONFIDENTIAL – FOR COUNSEL ONLY under the Protective Order (Doc. No. 40).

Further, Defendant's Motion quotes and summarizes certain Interrogatory Responses from Exhibits 2 and 3.

Pursuant to the Court's filing procedures, unredacted Sealed Lodged Proposed versions of EL's Motion and Exhibits 2 and 3 to the Declaration of Bryon Wasserman are being submitted. Public redacted versions of the Motion and exhibits are contemporaneously filed, redacting the information mate has designated confidential.

Defendant separately and concurrently submits a proposed order to the Court in accordance with Civ. L.R. 79.2 and Section 2(h) of the Electronic Case Filing and Administrative Policies and Procedures Manual.

| | |
|---|---|
| Dated: September 11, 2024 | Respectfully Submitted,<br>*/s/ Etai Lahav*<br>David Radulescu, Ph.D.(*pro hac vice*)<br>david@radip.com<br>Etai Lahav *(pro hac vice)*<br>etai@radip.com<br>Andrew S. Brown *(pro hac vice)*<br>andy@radip.com<br>Bryon Wasserman (Bar No. 215681)<br>bryon@radip.com<br>**RADULESCU LLP**<br>5 Penn Plaza, 19th Floor<br>New York, NY 10001<br>Tel.: 646-502-5950<br><br>Kevin Kudlac<br>kevin@radip.com<br>**RADULESCU LLP**<br>111 Congress Avenue, Ste. 500<br>Austin, TX 78701<br>Tel.: 512-656-5743<br><br>John D. van Loben Sels (Local Counsel)<br>JvanLobenSels@jmbm.com<br>**JEFFER MANGELS BUTLER & MITCHELL LLP**<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>Tel.: 415-398-8080<br><br>*Attorneys for Defendant Advanced Lighting Concepts, LLC d/b/a Environmental Lights* |

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the ECF filing System, to all counsel of record on this 11th day of September 2024.

/s/ *Etai Lahav*
Etai Lahav