UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| mate, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Advanced Lighting Concepts, LLC, d/b/a Environmental Lights,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-CV-1095-CAB-DEB<br><br>**ORDER GRANTING STIPULATION IN PART**<br><br>[Doc. No. 150] |

The parties have settled this case. They have jointly moved for dismissal of all claims and counterclaims in this action with prejudice. The Court **GRANTS** the parties' motion. [ECF No. 150.] Each side is to bear its own costs and fees. The Court declines to retain jurisdiction to enforce the parties' settlement agreement.

It is **SO ORDERED**.

Dated:  November 7, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　United States District Judge